1  DARIN W. SNYDER (S.B. #136003) dsnyder@omm.com
   THOMAS P. BROWN (S.B. #182916) tbrown@omm.com
2  RYAN J. PADDEN (S.B. #204515) rpadden@omm.com
   STEVEN E. CONIGLIARO (S.B. #232102) sconigliaro@omm.com
3  O'MELVENY & MYERS LLP
   Embarcadero Center West
4  275 Battery Street, 26th Floor
   San Francisco, CA 94111-3305
5  Telephone:  (415) 984-8700
   Facsimile:  (415) 984-8701
6
   Attorneys for Plaintiff
7  Analogix Semiconductor, Inc.

   **FILED**
   ADR  2008 JUN 11  P 3: 31
   RICHARD W. WIEKING
   CLERK
   U.S. DISTRICT COURT
   NO. DIST. OF CA. S.J.
   E-FILING

8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                          SAN JOSE DIVISION
11
12 Analogix Semiconductor, Inc., a       Case No. C 08-02917 PVT
   Delaware corporation,
13                                        PLAINTIFF ANALOGIX
                 Plaintiff,               SEMICONDUCTOR, INC.'S
14                                        CERTIFICATE OF INTERESTED
          v.                              ENTITIES OR PERSONS PURSUANT
15                                        TO CIVIL LOCAL RULE 3-16
   Silicon Image, Inc., a Delaware
16 corporation; HDMI Licensing, LLC, a
   Delaware corporation; and Simplay
17 Labs, LLC, a Delaware corporation;

18               Defendants.

   Case:                                               CERTIFICATE OF INTERESTED PARTIES

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that other than the named
2  parties, there is no such interest to report.
3  Dated: June 11, 2008

DARIN W. SNYDER (S.B. #136003) dsnyder@omm.com
THOMAS P. BROWN (S.B. #182916) tbrown@omm.com
RYAN J. PADDEN (S.B. #204515) rpadden@omm.com
STEVEN E. CONIGLIARO (S.B. #232102) sconigliaro@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street, 26th Floor
San Francisco, CA 94111-3305
Telephone:  (415) 984-8700
Facsimile:   (415) 984-8701

By: _____
Thomas P. Brown
Attorneys for Plaintiff
Analogix Semiconductor, Inc.

Case:                               - 1 -                CERTIFICATE OF INTERESTED PARTIES