| Attorney or Party without Attorney: THOMAS P. BROWN, ESQ. O'MELVENY & MYERS LLP EMBARCADERO CENTER WEST 275 BATTERY STREET SAN FRANCISCO, CA 94111 Telephone No: (415) 984-8700   FAX No: (435) 984-8701 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No. or File No.: 00241426-3 | | Filed JUN 1 3 2008 RICHARD W. ... CLERK, U.S. ... NORTHERN DIST... C08 02917 PVT |
| Insert name of Court, and Judicial District and Branch Court: United States District Court Northern District Of California | | | | |
| Plaintiff: ANALOGIX SEMICONDUCTOR, INC. | | | | |
| Defendant: SILICON IMAGE, INC. | | | | |
| PROOF OF SERVICE SUMMS IN CIV. ACTION | Hearing Date: | Time: | Dept/Div: | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action Civil Cover Sheet; Analogix Semiconductor, Inc.'s Complaint Against Silicon Image, Inc., Hdmi Licensing, Llc. And Simplay Labs, Llc; Plaintiff Analogix Semiconductor, Inc.'s Certificate Of Interested Entities Or Persons Pursuant To Civil Local Rule 3-16; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Patricia V. Trumbull; Contents Of Joint Case Management Statement; Order Setting Initial Case Management Conference And Adr Deadlines; Ecf Registration Information Handout; Welcome To The U.S. District Court; Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California.

3. a. Party served: SILICON IMAGE, INC.
   b. Person served: EDWARD LOPEZ, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served: 1060 EAST ARQUES AVENUE SUNNYVALE, CA 94085

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jun. 12, 2008 (2) at: 1:00PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: SILICON IMAGE, INC.
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:
   a. EDGAR MENDEZ

   First Legal Support Services
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: Not a Registered California Process Server

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Jun. 12, 2008

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMS IN CIV. ACTION

(EDGAR MENDEZ)
6424619.omemy-sf139315