| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| THOMAS P. BROWN, ESQ.<br>O'MELVENY & MYERS LLP<br>EMBARCADERO CENTER WEST<br>275 BATTERY STREET<br>SAN FRANCISCO, CA 94111 | |

Telephone No: (415) 984-8700    FAX No: (435) 984-8701

| Attorney for: Plaintiff | Ref. No. or File No.:<br>00241426-3 |
|---|---|

Insert name of Court, and Judicial District and Branch Court:

United States District Court Northern District Of California

Plaintiff: ANALOGIX SEMICONDUCTOR, INC.

Defendant: SILICON IMAGE, INC.

**Filed**

JUN 1 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| PROOF OF SERVICE<br>SUMMS IN CIV. ACTION | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 08 02917 JF |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Civil Cover Sheet; Analogix Semiconductor, Inc.'s Complaint Against Silicon Image, Inc., Hdmi Licensing, Llc, And Simplay Labs, Llc; Plaintiff Analogix Semiconductor, Inc.'s Certificate Of Interested Entities Or Persons Pursuant To Civil Local Rule 3-16; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Patricia V. Trumball; Contents Of Joint Case Management Statement; Order Setting Initial Case Management Conference And Adr Deadlines; Ecf Registration Information Handout; Welcome To The U.S. District Court; Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California.

3. a. Party served:                           SIMPLAY LABS, LLC
   b. Person served:                          DENA LA PORTA, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served:        2030 MAIN STREET
                                              SUITE 1030
                                              IRVINE, CA 92605

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jun. 12, 2008 (2) at: 2:00PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: SIMPLAY LABS, LLC
   Other: LIMITED LIABILITY COMPANY

7. **Person Who Served Papers:**
   a. TIMOTHY BERCOVITZ

   **First Legal Support Services** ℠
   ATTORNEY SERVICES
   301 CIVIC CENTER DR. WEST
   Santa Ana, CA 92701
   (714) 541-1110, FAX (714) 541-8182

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was:

   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:    1803
      (iii) County:              Orange

8. **I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.**

Date: Thu, Jun. 12, 2008

(TIMOTHY BERCOVITZ)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMS IN CIV. ACTION

6424490.omemy-sf.139311