DARIN W. SNYDER (S.B. #136003) dsnyder@omm.com
THOMAS P. BROWN (S.B. #182916) tbrown@omm.com
RYAN J. PADDEN (S.B. #204515) rpadden@omm.com
STEVEN E. CONIGLIARO (S.B. #232102) sconigliaro@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street, 26th Floor
San Francisco, CA 94111-3305
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701

Attorneys for Plaintiff
Analogix Semiconductor, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| Analogix Semiconductor, Inc., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> Silicon Image, Inc., a Delaware corporation; HDMI Licensing, LLC, a Delaware corporation; and Simplay Labs, LLC, a Delaware corporation; <br><br> Defendants. | Case No.  5:08-cv-02917-PVT <br><br> **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

1  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT
2  JUDGE.
3      The undersigned party hereby declines to consent to the assignment of this
4  case to a United States Magistrate Judge for trial and disposition and hereby requests the
5  reassignment of this case to a United States District Judge.

8  Dated: June 16, 2008

STEVEN E. CONIGLIARO
O'MELVENY & MYERS LLP

By: /s/ Steven E. Conigliaro
    Steven E. Conigliaro
Attorneys for Plaintiff
Analogix Semiconductor, Inc.