1  TERRENCE P. McMAHON (CA Bar No. 071910)
   tmcmahon@mwe.com
2  DANIEL E. ALBERTI (CA Bar No. 068620)
   dalberti@mwe.com
3  DAVID T. ALEXANDER (CA Bar 049996)
   dtalexander@mwe.com
4  BIJAL V. VAKIL (CA Bar No. 192878)
   bvakil@mwe.com
5  **McDERMOTT WILL & EMERY LLP**
   3150 Porter Drive
6  Palo Alto, CA 94304-1212
   Telephone:    650.813.5000
7  Facsimile:    650.813.5100

8  MICHAEL R. O'NEILL (CA Bar No. 173342)
   moneill@mwe.com
9  WILLIAM DIAZ (CA Bar No. 232297)
   wdiaz@mwe.com
10 **McDERMOTT WILL & EMERY LLP**
   18191 Von Karman Avenue, Suite 500
11 Irvine, CA 92612-7108
   Telephone:    949.851.0633
12 Facsimile:    949.851.9348

13 Attorneys for Defendants SILICON IMAGE, INC.,
   HDMI LICENSING, LLC and SIMPLAY LABS,
14 LLC

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                       SAN JOSE DIVISION

| | |
|---|---|
| ANALOGIX SEMICONDUCTOR, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SILICON IMAGE, INC., a Delaware corporation; HDMI LICENSING, LLC, a Delaware corporation; and SIMPLAY LABS, LLC, a Delaware corporation,<br><br>Defendants. | CASE NO. C08 02917 JF<br><br>**NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE                                      (No. C08 02917 JF)

NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorneys of McDermott Will & Emery LLP are entering an appearance in this matter on behalf of defendants Silicon Image, Inc., HDMI Licensing, LLC, and Simplay Labs, LLC for the purpose of receiving notices and Orders from the Court. Their contact information is as follows:

TERRENCE P. McMAHON    (tmcmahon@mwe.com)
DANIEL E. ALBERTI      (dalberti@mwe.com)
DAVID T. ALEXANDER     (dtalexander@mwe.com)
BIJAL V. VAKIL         (bvakil@mwe.com)
**McDERMOTT WILL & EMERY LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:  650.813.5000
Facsimile:  650.813.5100

MICHAEL R. O'NEILL     (moneill@mwe.com)
WILLIAM DIAZ           (wdiaz@mwe.com)
**McDERMOTT WILL & EMERY LLP**
18191 Von Karman Avenue, Suite 500
Irvine, CA 92612-7108
Telephone:  949.851.0633
Facsimile:  949.851.9348

Dated: June 19, 2008

Respectfully submitted,

McDERMOTT WILL & EMERY LLP

By: _____
BIJAL V. VAKIL
Attorneys for Defendants SILICON IMAGE, INC., HDMI LICENSING, LLC and SIMPLAY LABS, LLC

ORC 441731-1.060717.0033