DARIN W. SNYDER (S.B. #136003) dsnyder@omm.com
THOMAS P. BROWN (S.B. #182916) tbrown@omm.com
RYAN J. PADDEN (S.B. #204515) rpadden@omm.com
STEVEN E. CONIGLIARO (S.B. #232102) sconigliaro@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street, 26th Floor
San Francisco, CA 94111-3305
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

Attorneys for Plaintiff
Analogix Semiconductor, Inc.

\*\*E-filed 6/27/08\*\*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| Analogix Semiconductor, Inc., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Silicon Image, Inc., a Delaware corporation; HDMI Licensing, LLC, a Delaware corporation; and Simplay Labs, LLC, a Delaware corporation;<br><br>　　　　　　Defendants. | Case No.  5:08-cv-02917-JF<br><br>**STIPULATION AND [PROPOSED]<br>CASE MANAGEMENT ORDER NO. 1** |

IT IS HEREBY STIPULATED, AGREED AND ORDERED AS FOLLOWS:

1. Defendants shall respond to Analogix's complaint no later than the earlier of (1) August 18, 2008, or (2) the first date on which any Defendant responds to any other complaint containing substantially similar allegations, if any.

2. Analogix shall, in the event Defendants move to dismiss, file its opposition no later than September 26, 2008.

3. Defendants shall file their reply to Analogix's opposition to any Defendants' motion to dismiss no later than October 10, 2008.

4. The parties shall schedule and conduct their Rule 26(f) conference in the

1  week of September 29, 2008 through October 3, 2008.

2      5.    The parties shall submit their Joint Case Management statement no later
3  than October 17, 2008.

4      6.    The initial Case Management Conference and hearing on Defendants'
5  motions to dismiss shall be held on October 24, 2008, or as soon thereafter as may be
6  heard by the Court.

7  **IT IS SO STIPULATED AND AGREED.**

8  Dated:  June 24, 2008

    THOMAS P. BROWN
    O'MELVENY & MYERS LLP

    By: /s/ Thomas P. Brown
        Thomas P. Brown
    Attorneys for Plaintiff
    Analogix Semiconductor, Inc.

Dated:  June 24, 2008

    MICHAEL R. O'NEILL
    McDERMOTT WILL & EMERY LLP

    18191 Von Karman Avenue, Suite 500
    Irvine, California  92612-7107
    Telephone: 949-851-0633

    By: /s/ Michael R. O'Neill
        Michael R. O'Neill
    Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

Dated:  ___6/27/08_____

    The Honorable Jeremy D. Fogel
    United States District Court Judge
    Northern District of California