1  RAYMOND A. JACOBSEN, JR.
   rjacobsen@mwe.com
2  **McDERMOTT WILL & EMERY LLP**
   600 13th Street, N.W.
3  Washington, DC 20005-3096
   Telephone:    202.756.8000
4  Facsimile:    202.756.8087

FILED  *Filed*

2008 AUG 13  A 10: 38

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANALOGIX SEMICONDUCTOR, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> SILICON IMAGE, INC., a Delaware corporation; HDMI LICENSING, LLC, a Delaware corporation; and SIMPLAY LABS, LLC, a Delaware corporation, <br><br> Defendants. | CASE NO. C08 02917 JF <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Raymond A. Jacobsen, Jr., an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing defendants Silicon Image, Inc., HDMI Licensing, LLC and Simplay Labs, LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*                                                         (No. C08 02917 JF)

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> BIJAL V. VIKAL (CA Bar No. 192878)
> bvikal@mwe.com
> **McDERMOTT WILL & EMERY LLP**
> 3150 Porter Drive
> Palo Alto, CA 94304-1212
> Telephone:    650.813.5000
> Facsimile:    650.813.5100

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 11, 2008

_____
Raymond A. Jacobsen, Jr.

ORC 442025-1.060717.0033

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*     - 2 -     (No. C08 02917 JF)

# PROOF OF SERVICE

I, Darlene Vanderbur, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 3150 Porter Drive, Palo Alto, CA 94304. On the date set forth below, I served the within documents:

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

☐ **FEDERAL EXPRESS:** By placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☒ **U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

| |
|---|
| Darin W. Snyder<br>Thomas P. Brown<br>Ryan J. Padden<br>Steven E. Conigliaro<br>**O'MELVENY & MYERS LLP**<br>275 Battery Street, Suite 2600<br>San Francisco, CA 94111-3344<br>Telephone: 415.984.8719<br>Fax: 415.984.8701<br>Email: rpadden@omm.com<br><br>*Attorneys for Plaintiff*<br>***Analogix Semiconductor, Inc.*** |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on August 12, 2008, at Palo Alto, California.

_____
Darlene C. Vanderbur

MPK 138070-1.060717.0032

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611003732
Cashier ID: harwellt
Transaction Date: 08/13/2008
Payer Name: McDermott Will and Emery
------------------------------------
PRO HAC VICE
 For: Raymond A. Jacobsen, Jr.
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:     $210.00
------------------------------------
CHECK
 Check/Money Order Num: 270877
 Amt Tendered:  $210.00
------------------------------------
Total Due:       $210.00
Total Tendered:  $210.00
Change Amt:      $0.00

Case # 08-2917-JF


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```