RECEIVED

2008 AUG 13 AM 10: 38

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANALOGIX SEMICONDUCTOR, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SILICON IMAGE, INC., a Delaware corporation; HDMI LICENSING, LLC, a Delaware corporation; and SIMPLAY LABS, LLC, a Delaware corporation,<br><br>Defendants. | CASE NO. C08 02917 JF<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Raymond A. Jacobsen, Jr., an active member in good standing of the bar of the District of Columbia whose business address and telephone number is

>RAYMOND A. JACOBSEN, JR.
>rjacobsen@mwe.com
>**McDERMOTT WILL & EMERY LLP**
>600 13th Street, N.W.
>Washington, DC  20005-3096
>Telephone:   202.756.8000
>Facsimile:    202.756.8087

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis representing defendants Silicon Image, Inc., HDMI Licensing, LLC and Simplay Labs, LLC.

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____, 2008

_____
United States District Court Judge

ORC 442028-1.060717.0033

[PROPOSED] ORDER GRANTING
APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*

(No. C08 02917 JF)