TERRANCE P. McMAHON (CA Bar No. 71910)
tmcmahon@mwe.com
DANIEL E. ALBERTI (CA Bar No. 68620)
dalberti@mwe.com
DAVID T. ALEXANDER (CA Bar No. 49996)
dtalexander@mwe.com
BIJAL V. VAKIL (CA Bar No. 192878)
bvakil@mwe.com
**McDERMOTT WILL & EMERY LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:     650.813.5000
Facsimile:      650.813.5100

RAYMOND A. JACOBSEN, JR. (*Pro Hac Vice*)
rayjacobsen@mwe.com
**McDERMOTT WILL & EMERY LLP**
600 13th Street, N.W.
Washington, DC 20005-3096
Telephone:     202.756.8000
Facsimile:      202.756.8087

WILLIAM DIAZ (CA Bar No. 232297)
wdiaz@mwe.com
**McDERMOTT WILL & EMERY LLP**
18191 Von Karman Avenue, Suite 500
Irvine, CA 92612-7108
Telephone:     949.851.0633
Facsimile:      949.851.9348

Attorneys for Defendants SILICON IMAGE, INC.,
HDMI LICENSING, LLC and SIMPLAY LABS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ANALOGIX SEMICONDUCTOR, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SILICON IMAGE, INC., a Delaware corporation; HDMI LICENSING, LLC, a Delaware corporation; and SIMPLAY LABS, LLC, a Delaware corporation,<br><br>Defendants. | Case No. C08 02917 JF<br><br>ELECTRONIC CASE FILING<br><br>**DECLARATION OF WILLIAM DIAZ IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 7-5**<br><br>Date:        October 24, 2008<br>Time:       2:00 p.m.<br>Location:   Courtroom 3<br>Before:     Judge Jeremy D. Fogel |

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

**DECLARATION OF WILLIAM DIAZ IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

(No. C08 02917 JF)

1

## DECLARATION OF WILLIAM DIAZ

2      I, William Diaz, declare and say as follows:

3      1.      I am an attorney at law duly licensed to practice before this Court and all courts of

4  the State of California and am a partner of the law firm McDermott Will & Emery LLP, attorneys

5  of record for Defendants Silicon Image, Inc., HDMI Licensing, LLC, and Simplay Labs, LLC in

6  this action.  I submit this declaration in support of Defendants' motion to dismiss the complaint.  I

7  am familiar with the facts of this case, and if called as a witness, could and would testify

8  competently thereto.

9      2.      Attached hereto as Exhibit A, is a true and correct copy of the 2007 In-Stat report

10  referenced in Paragraphs 21, 25, 39 and 48 of Plaintiff's complaint.

11      I declare under penalty of perjury under the laws of the United States of America and the

12  State of California that the foregoing is true and correct and that this Declaration was executed

13  this 18th day of August, 2008, at Irvine, California.

14

15                          _/s/ WILLIAM DIAZ_____
                             WILLIAM DIAZ
16

17  ORC 445357-1.060717.0033

18

19

20

21

22

23

24

25

26

27

28

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

**DECLARATION OF WILLIAM DIAZ IN
SUPPORT OF DEFENDANTS' MOTION
TO DISMISS**                          - 2 -                          (No. C08 02917 JF)



# In-Depth Analysis

DVI and HDMI 2007: DisplayPort Looms
while HDMI Booms in Global Market
SKU: IN0703809MI

## Applications and Forecasts

DVI and HDMI applications are broken down into four product segments within this report:

- PCs
- PC Peripherals
- Consumer Electronics
- Communications

## PCs

The PC category includes analysis and forecast information for the following devices:

- Desktop PCs
- Notebook PCs
- Aftermarket Graphics Cards

Overall, the PC space is currently seeing fairly high, but level demand for DVI-enabled machines to connect to flat panel monitors, as well as other applications such as business projectors and advanced display and sign technology. DVI penetration has plateaued, and is expected to begin to drop with DisplayPort's entry into the market, which has strong backing by Dell, HP, and Lenovo. The DisplayPort design allows for easy integration into PCs, since it is based on the PCI Express electrical specification.

The inclusion of HDMI and DisplayPort in Northbridge offerings from Intel and AMD offers a significant opportunity for HDMI in the PC segment. In addition, both AMD/ATI and NVIDIA make HDMI connectors available on an increasing number of graphics chips. The backers of HDMI have been trying to make HDMI more palatable to PC OEMs. However, DisplayPort offers a much more compelling application, as an internal and external connector. It also offers cost savings in the monitor market, as a way to eliminate the need for scaler chips. While we expect HDMI to have some success, DisplayPort is likely to emerge as the primary choice of PC OEMs.

### Desktop PCs

The history of DVI in desktops centers on its availability in graphics cards. ATI and NVIDIA once made DVI available in only their very high-end graphics cards, but they now increasingly make it available in nearly all of their products. In turn, as card prices fell, PC OEMs increasingly made graphics cards available in more mid-range consumer machines.

However, graphics cards in desktops were limited by the increasing popularity of integrated graphics, or graphics capability inserted into the Northbridge chipset. The combination of higher quality integrated graphics, along with the cost savings involved, make integrated graphics irresistible to cost-conscious PC OEMs on all but the highest-end machines. And machines with integrated graphics generally do not have DVI ports. However, integrating DVI transmitter capability into the graphics processing unit



# In-Depth Analysis

DVI and HDMI 2007: DisplayPort Looms
while HDMI Booms in Global Market
SKU: IN0703809MI

(GPU) within the PC became a trend. Without the need for a separate transmitter, DVI can be added simply by including a connector.

DVI is rarely found as a standard offering in corporate desktop PCs, where it is very common to find integrated graphics. Although there is a trend towards DVI in integrated graphics in consumer desktops, this trend is not seen in the corporate market. For the most part, DVI is not a checklist item for the corporate market because uncompressed video streaming is not seen as a necessity by most IT managers. There are some workstations with DVI connectors, and some corporate PCs with graphics cards, where high-resolution video is needed. However, for the most part, DVI is a rarity in the corporate market.

The forecast for DVI and HDMI in the desktop PCs can be seen in Table 4. DVI is expected to peak in 2006 and 2007, at about 13% of the market. By 2008, DVI penetration will start to substantially decline due to the expansion of DisplayPort. However, because it is high-bandwidth, and both an internal interface and an external connector, it should be adopted in both the corporate and consumer desktop markets.

There is an emerging market for HDMI in the desktop market as well, particularly in mediacentric machines that will use HDMI to connect to the consumer electronics cluster, and especially digital televisions. The first desktop PC to integrate HDMI was the Sony VAIO VGX-XL1 Digital Living System, a high-end full-function Media Center PC. Sony has subsequently included HDMI in its VGX-XL2, XL3, and TP1 models. This trend should be facilitated in 2008 by the integration of HDMI in Intel and AMD Northbridge chipsets. However, we do not expect HDMI penetration to expand to a significant portion of the desktop PC market over the length of the forecast.

**Table 4.    DVI and HDMI Penetration of Desktop PC Market Forecast 2005–2011 (Units in Thousands)**

|  | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | CAGR 06-11 |
|---|---|---|---|---|---|---|---|---|
| **Desktops PCs** | 144,000 | 145,800 | 146,300 | 143,500 | 144,100 | 148,300 | 150,700 | 0.7% |
| % with DVI | 10.5% | 13.5% | 13.0% | 8.0% | 3.0% | 1.0% | 0.0% | |
| **Total with DVI** | 15,120 | 19,683 | 19,019 | 11,480 | 4,323 | 1,483 | 0 | -100.0% |
| % with HDMI | 0.1% | 0.1% | 0.2% | 2.0% | 4.5% | 6.0% | 7.0% | |
| **Total with HDMI** | 86 | 146 | 293 | 2,870 | 6,485 | 8,898 | 10,549 | 135.4% |

Source: In-Stat, 12/07

## Notebook PCs

DVI support in the notebook PC market is seen primarily through port replicators or docking stations that generally contain multiple ports for various interface technologies, such as DVI, Ethernet, USB, and legacy analog connections, among others. Often sold with corporate notebook PCs, port replicators are a product class intended mainly for those that use a notebook in the office in order to hook it up easily to their mouse, keyboard, and monitor on their desktop. Most major notebook vendors support DVI in their port replicators.

Nonetheless, port replicators are considered too bulky for road warriors to travel with. And native DVI is rarely found native on notebook PCs, though that is slowly changing. Apple has been the biggest supporter of native DVI, offering it in some models of its high-end PowerBook line. As notebook screens have gotten larger, notebooks have been getting bigger, creating more room for the bulky DVI

# In·Stat

# In-Depth Analysis

DVI and HDMI 2007: DisplayPort Looms
while HDMI Booms in Global Market
SKU: IN0703809MI

connector.  It is becoming increasingly common to find DVI on 17-inch and larger notebooks.  For example, Dell has DVI native on three models in its XPS line, including the M1710, M1730 and 2010.

HDMI is a better solution in the notebook PC market because of its smaller connector, which is about one-third the size of a DVI connector.  In addition, the HDMI 1.2 specification accommodates PC display formats.  And the next generation of Northbridge chipsets will be able to channel HDMI signals. While 2006 was the first year of HDMI penetration in the notebook market, 2007 has continued the trend, with HDMI-enabled notebook models available from Toshiba, Sony, HP, BenQ, and ASUS. Toshiba has HDMI available in both its Qosimo and Satellite lines.  These models tend to emphasize their mediacentric or gaming capability.  HDMI is seen by some notebook manufacturers as a replacement for S-Video in mediacentric notebooks.

The forecast for DVI and HDMI penetration of the notebook PC market can be seen in Table 5.  As with desktops, DVI is expected to be replaced by DisplayPort over the next few years.  HDMI will expand its penetration in mediacentric and gaming notebooks.

**Table 5.    DVI and HDMI Penetration of Notebook PC Market Forecast 2005–2011 (Units in Thousands)**

|  | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | CAGR 06-11 |
|---|---|---|---|---|---|---|---|---|
| **Notebook PCs** | 64,100 | 84,100 | 108,500 | 137,300 | 158,000 | 184,300 | 214,300 | 20.6% |
| % with DVI | 6.0% | 21.0% | 16.0% | 8.0% | 3.0% | 1.0% | 0.0% |  |
| **Total with DVI** | 3,846 | 17,661 | 17,360 | 10,984 | 4,740 | 1,843 | 0 | -100.0% |
| % with HDMI | 0.0% | 1.0% | 2.0% | 11.0% | 13.0% | 16.0% | 19.0% |  |
| **Total with HDMI** | 0 | 841 | 2,170 | 15,103 | 20,540 | 29,488 | 40,717 | 117.3% |

Source: In-Stat, 12/07

## Aftermarket Graphics Cards

DVI and HDMI aftermarket graphics cards refer to cards sold to consumers or businesses to upgrade previously purchased PCs.  It does not count cards sold to PC OEMs to install into PCs for sale at retail.  In the past, DVI capability in these add-in cards came via a discrete DVI transmitter on the board.  Currently, nearly all GPUs have integrated DVI capability.

The forecast for DVI and HDMI in graphics cards can be seen in Table 6.  The market for DVI-enabled graphics cards has been substantial, driven by consumers upgrading their PCs in order to get better graphics capabilities for gaming, video, or display capabilities.  As graphics cards with DVI have moved towards the low-end of the card market, many consumers have opted to upgrade their mid-range value PCs with graphics cards.  Often this can be done less expensively than buying a higher-performance PC that is already equipped with a DVI-enabled graphics card.  The increasing availability of aftermarket graphics cards with DVI has been facilitated by its integration into GPU chips.  DVI card shipments are expected to decrease over time, due to competition from both DisplayPort and HDMI.

Aftermarket cards with HDMI were introduced in 2006 by manufacturers such as ASUS, MSI, and Gigabyte.  These cards are powered by both NVIDIA and ATI GPUs.  2007 has seen HDMI grow in the aftermarket.  As with HDMI in notebooks, HDMI aftermarket cards will be of interest to those who wish to enhance their notebooks with media or gaming capabilities.

©2007 In-Stat All Rights Reserved   |   http://www.in-stat.com



# In-Depth Analysis

**DVI and HDMI 2007: DisplayPort Looms while HDMI Booms in Global Market**
SKU: IN0703809MI

**Table 6.    DVI and HDMI Aftermarket Graphics Cards Forecast 2005–2011 (Units in Thousands)**

|  | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | CAGR 06-11 |
|---|---|---|---|---|---|---|---|---|
| DVI Aftermarket Graphics Cards | 30,500 | 34,000 | 37,500 | 35,000 | 22,500 | 9,000 | 3,000 | -38.5% |
| HDMI Aftermarket Graphics Cards | 0 | 85 | 1,100 | 3,400 | 10,100 | 13,500 | 16,600 | 187.2% |
| Total Aftermarket Cards | 30,500 | 34,085 | 38,600 | 38,400 | 32,600 | 22,500 | 19,600 | -10.5% |

Source: In-Stat, 12/07

## Summary

The market for DVI and HDMI in the PC market is summarized in Table 7 and Figure 2.  DVI peaked in percentage terms in 2006, and will fall through the remainder of the forecast, pressured by both HDMI and DisplayPort.  Notebook PCs will drive the growth of HDMI, which will also gain in the desktop market over the length of the forecast.

**Table 7.    DVI and HDMI Penetration of PC Market Forecast 2005–2011 (Units in Thousands)**

|  | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | CAGR 06-11 |
|---|---|---|---|---|---|---|---|---|
| PC TAM | 238,600 | 263,985 | 293,400 | 319,200 | 334,700 | 355,100 | 384,600 | 7.8% |
| % with DVI | 20.7% | 27.0% | 25.2% | 18.0% | 9.4% | 3.5% | 0.8% |  |
| Total with DVI | 49,466 | 71,344 | 73,879 | 57,464 | 31,563 | 12,326 | 3,000 | -46.9% |
| % with HDMI | 0.0% | 0.4% | 1.2% | 6.7% | 11.1% | 14.6% | 17.6% |  |
| Total with HDMI | 86 | 1,072 | 3,563 | 21,373 | 37,125 | 51,886 | 67,866 | 129.2% |

Source: In-Stat, 12/07

**Figure 2.    DVI and HDMI Penetration of PC Market Forecast 2005–2011 (Units in Thousands)**



Source: In-Stat, 12/07



# In-Depth Analysis

## PC Peripherals

The PC peripheral category includes those devices that connect to PCs in order to function, including the following devices:

- LCD PC Monitors

- Business Projectors

- Commercial Plasma and LED Displays and Signs

The penetration of DVI into LCD monitors has far exceeded its penetration of desktop PCs. Business projectors have also adopted DVI fairly rapidly. The plasma and LED display and signage market has also adopted DVI as the primary digital interface.

The issue going forward for each of these applications is whether they will continue to adopt DVI. And if not, what will replace it. Potential candidates include HDMI and DisplayPort. Applications in the peripheral market employ DVI receivers, since they primarily receive signals from a DVI transmitter-enabled PC.

## LCD PC Monitors

DVI has been stagnant in the LCD monitor market at about 30% penetration the last two years. Combination DVI/VGA monitors are still fairly popular, as it gives the monitor both analog and digital connectivity options. As in the PC market, DVI has never been able to penetrate a majority of the market, leaving it in a somewhat precarious position. In addition, the larger displays that are available today are beginning to tax DVI's bandwidth. The 30-inch WQXGA displays that are available on the market now require very expensive graphics cards with dual-DVI capability to drive them. This represents a bottleneck that is making these higher resolution displays much less attractive to buyers.

HDMI is beginning to impact the LCD monitor market. BenQ released the first LCD monitor with HDMI in September 2006: the 24-inch FP241W. Since then, many LCD monitor makers, including ViewSonic, LG, Gateway, and BTC, have launched HDMI-enabled models that are generally sized 24-inches and larger.

Though it will likely never reach the penetration of DVI, HDMI will be attractive to monitor makers that want to emphasize viewing movies or connecting to consumer electronics devices, where HDMI has significant penetration. Working to HDMI's detriment in this market is its royalty requirement, and its use of the TMDS signaling scheme, which requires extra circuitry both on the PC and monitor side.

The forecast for DVI and HDMI in the LCD PC monitor market can be seen in Table 8. DisplayPort is likely to be very successful in the LCD monitor market, pushing DVI out of the market in the process. It provides for a high data rate, which allows monitor makers flexibility in emphasizing color, resolution, or refresh rate. DisplayPort is also direct drive, so it allows a pixel to go straight from the GPU to the display, with no translation or conversion necessary.



# In-Depth Analysis

DVI and HDMI 2007: DisplayPort Looms
while HDMI Booms in Global Market
SKU: IN0703809MI

**Table 8.    DVI and HDMI Penetration of LCD PC Monitor Market Forecast 2005–2011 (Units in Thousands)**

| | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | CAGR 06-11 |
|---|---|---|---|---|---|---|---|---|
| LCD PC Monitors | 97,500 | 113,000 | 127,000 | 142,000 | 155,000 | 160,000 | 156,000 | 6.7% |
| % with DVI | 32.0% | 31.0% | 28.0% | 21.0% | 8.0% | 3.0% | 0.0% | |
| Total with DVI | 31,200 | 35,030 | 35,560 | 29,820 | 12,400 | 4,800 | 0 | -100.0% |
| % with HDMI | 0.0% | 0.1% | 0.8% | 6.0% | 13.0% | 21.0% | 24.0% | |
| Total with HDMI | 0 | 113 | 1,016 | 8,520 | 20,150 | 33,600 | 37,440 | 219.2% |

Source: In-Stat, 12/07

## Business Projectors

Business projectors refer to devices connected to PCs for business presentations, including both LCD and digital light processor (DLP) projectors.  It does not refer to projectors used for home entertainment purposes.  The business projector market is led by companies such as InFocus, NEC, Toshiba, Sony, Epson, and Panasonic.

The forecast for DVI and HDMI penetration in the business projector market can be seen in Table 9.  In percentage terms, DVI penetration has been declining in this market for a few years, due primarily to the failure of DVI to significantly penetrate the notebook PC market.  DVI was originally included in projectors to future-proof them at customer request, with the expectation that DVI-enabled notebooks would become popular.  And the relative lack of DVI in notebooks has led to declining interest in DVI in projectors.  The rise of DisplayPort in PCs over the next few years explains DVI's rapid decline through 2011.

HDMI will benefit from DVI's decline as well.  HDMI has an advantage in connector size over DVI, which will help it to be included natively in some notebook PCs in the next few years.  However, this will not necessarily result in success for HDMI in the notebook market.  The primary reason is DisplayPort, which will be the primary digital interface in PCs within the next few years.  Since it also has a reasonably small connector, it can also be installed natively on notebooks.  So, while HDMI will have some limited success in projectors in the next few years, it will ultimately be overtaken by DisplayPort.

**Table 9.    DVI and HDMI Penetration of Business Projector Market Forecast 2005–2011
(Units in Thousands)**

| | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | CAGR 06-11 |
|---|---|---|---|---|---|---|---|---|
| Business Projectors | 2,900 | 3,400 | 4,200 | 5,000 | 5,900 | 6,800 | 7,700 | 17.8% |
| % with DVI | 33.0% | 30.0% | 29.0% | 20.0% | 13.0% | 6.0% | 0.0% | |
| Total with DVI | 957 | 1,020 | 1,218 | 1,000 | 767 | 408 | 0 | -100.0% |
| % with HDMI | 0.0% | 0.0% | 3.0% | 7.0% | 10.0% | 12.0% | 14.0% | |
| Total with HDMI | 0 | 0 | 126 | 350 | 590 | 816 | 1,078 | -- |

Source: In-Stat, 12/07

## Commercial Plasma and LED Displays and Signs

Commercial plasma and LED displays and signs refer to large-scale displays that are used in public spaces, such as transportation terminals, including air and rail, or retail establishments, and restaurants.  Please note that LED displays have been added to this category since last year's report.  Plasma and LED displays are also found in corporate boardrooms, conference rooms and training rooms.  The commercial market is one of two for plasma displays; the other is digital television sets.

©2007 In-Stat All Rights Reserved  |  http://www.in-stat.com



# In-Depth Analysis

The forecast for DVI and HDMI in the display and sign market can be seen in Table 10. Displays and signs are generally controlled from PCs, though they may be fed from video sources. In addition to DVI, input options are analog, including VGA, composite, BNC, S-Video, RGB, and component. Because DVI is digital and allows for higher resolution than analog connectors, it is a popular interface in this market. Some display vendors offer DVI as a standard interface option, while others do not offer it at all.

HDMI will be unlikely to have any impact on this market. This market generally waits for interface standards to emerge in the PC world before offering them in displays. Since DisplayPort will be the next-generation digital interface standard in the PC market, it should be offered within the next few years rather than HDMI.

**Table 10.   DVI and HDMI Penetration of Commercial Plasma and LED Display/Sign Market Forecast 2005–2011 (Units in Thousands)**

|  | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | CAGR 06-11 |
|---|---|---|---|---|---|---|---|---|
| Plasma & LED Displays/Signs | 300 | 390 | 525 | 700 | 825 | 950 | 1,050 | 21.9% |
| % with DVI | 35.0% | 42.0% | 45.0% | 40.0% | 25.0% | 7.0% | 0.0% | |
| Total with DVI | 105 | 164 | 236 | 280 | 206 | 67 | 0 | -100.0% |
| % with HDMI | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| Total with HDMI | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0% |

Source: In-Stat, 12/07

## Summary

The summary forecast for DVI in PC peripherals can be seen in Table 11 and Figure 3. DVI-enabled LCD monitors are hitting their peak volumes in 2006 and 2007, before declining with the expected introduction of DisplayPort in this market. DVI will drop off in the business projector market and the commercial plasma and LED market as well, though slightly more slowly.

HDMI will see some penetration in LCD monitors that are targeted at mediacentric applications and those that emphasize connectivity to CE devices. HDMI will see some limited penetration in the projector market as well, though we do not expect to see it in the commercial plasma and LED market.

As in the PC market, DisplayPort will have a significant impact in the PC peripheral market in the near future.

**Table 11.   DVI and HDMI Penetration of PC Peripheral Market Forecast 2005–2011 (Units in Thousands)**

|  | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | CAGR 06-11 |
|---|---|---|---|---|---|---|---|---|
| PC Peripheral TAM | 100,700 | 116,790 | 131,725 | 147,700 | 161,725 | 167,750 | 164,750 | 7.1% |
| % with DVI | 32.0% | 31.0% | 28.1% | 21.1% | 8.3% | 3.1% | 0.0% | |
| Total with DVI | 32,262 | 36,214 | 37,014 | 31,100 | 13,373 | 5,275 | 0 | -100.0% |
| % with HDMI | 0.0% | 0.1% | 0.9% | 6.0% | 12.8% | 20.5% | 23.4% | |
| Total with HDMI | 0 | 113 | 1,142 | 8,870 | 20,740 | 34,416 | 38,518 | 221.0% |

Source: In-Stat, 12/07



# In-Depth Analysis

DVI and HDMI 2007: DisplayPort Looms
while HDMI Booms in Global Market
SKU: IN0703809MI

**Figure 3.   DVI and HDMI Penetration of PC Peripheral Market Forecast 2005–2011 (Units in Thousands)**



Source: In-Stat, 12/07

## Consumer Electronics

The market for DVI and HDMI in CE includes the following products:

- Digital Television Sets

- Set Top Boxes

- SD DVD Players

- SD DVD Recorders

- Blue Laser DVD Players

- Blue Laser DVD Recorders

- Audio/Video Receivers

- Game Consoles

- Digital Camcorders

- Digital Still Cameras

- Portable Media Players

- UWB over Video Dongles

CE vendors began to adopt DVI in small quantities in the early years of this decade, but made a fairly rapid transition to HDMI. HDMI has a smaller connector than DVI, adds audio to DVI's strictly video connection, and includes HDCP. The HDMI standard is backed by a number of CE vendors, including Hitachi, Matsushita, Philips, Sony, Thomson, and Toshiba, which also helps explain its rapid uptake in

©2007 In-Stat All Rights Reserved   |   http://www.in-stat.com



CE. And because the CE industry had only begun to adopt DVI, there was not a large installed base of DVI devices among consumers, which made for an easier transition to HDMI.

The latest development for HDMI in the CE segment is its emergence in portable CE applications, including digital camcorders and digital still cameras through the development of a smaller HDMI connector. Another development will be the release of video over UWB dongles in the aftermarket from vendors such as Audiovox, Monster, and Gefen. These devices will use HDMI, JPEG2000, and UWB to deliver HD video wirelessly in the CE cluster.

## Digital Television Sets

Digital television (DTV) sets were among the first CE products to adopt DVI and, subsequently, HDMI. As the center of the digital living room, HDMI receiver-enabled DTVs led to the growth of HDMI-enabled transmitters in A/V receivers, DVD players and recorders, and set top boxes.

In the US, the Federal Communications Commission (FCC) mandated that all sets over 13-inches sold by 2007 have integrated digital tuners. And while there is some room in the US retail market to sell analog sets, large retailers such as Wal-Mart and Best Buy no longer carry them. The increasing number of digital sets in the US has had the effect of increasing the penetration of HDMI. The US, Japanese, and German governments have all mandated the phase-out of analog television signals. According to the US FCC's Plug-and-Play initiative, which is also known as the Digital Cable Ready initiative, all digital, cable-ready DTV sets shipped after mid-2005 were required to have DVI or HDMI. And the vast majority chose HDMI.

All of these efforts will result in more DTVs on the market, and thus more HDMI. And falling discrete HDMI receiver prices, as well as the integration of HDMI into DTV chips by manufacturers such as Zoran are making HDMI increasingly affordable. This means that even the lowest-priced DTVs can integrate HDMI receiver capability.

EICTA, the European Information & Communications Technology Industry Association, has an "HD ready" initiative that is designed to aid the transition to HD equipment in Europe. Inclusion of HDMI is one requirement necessary to receive an "HD ready" logo on CE equipment.

The forecast for DVI and HDMI in digital sets can be seen in Table 12. DVI is found in a few DTVs, mainly those DTVs that double as LCD PC monitors. In October 2007, Sharp launched the Aquos P line of 1080p digital TVs with DVI for PC connectivity. These models also have HDMI. The forecast allows for a small number of these types of devices through 2009. HDMI penetration is expected to be 87% in 2007, increasing to 100% of the market in 2010. A development in 2007 has been single HDMI ports in the front of the TV to ease connection, particularly for portable devices such as HD camcorders.



# In-Depth Analysis

**DVI and HDMI 2007: DisplayPort Looms
while HDMI Booms in Global Market**
SKU: IN0703809MI

**Table 12.    DVI and HDMI Penetration of Digital Television Market Forecast 2005–2011
(Units in Thousands)**

|  | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | CAGR 06-11 |
|---|---|---|---|---|---|---|---|---|
| **Digital Television Sets** | 39,682 | 64,783 | 84,341 | 102,517 | 116,570 | 129,411 | 139,667 | 16.6% |
| % with DVI | 12.0% | 2.0% | 1.0% | 1.1% | 1.2% | 0.0% | 0.0% | |
| **Total with DVI** | 4,762 | 1,296 | 843 | 1,128 | 1,399 | 0 | 0 | -100.0% |
| % with HDMI | 31.0% | 74.0% | 87.0% | 92.0% | 97.0% | 100.0% | 100.0% | |
| **Total with HDMI** | 12,301 | 47,940 | 73,377 | 94,316 | 113,073 | 129,411 | 139,667 | 23.8% |

Source: In-Stat, 12/07

## Set Top Boxes

Set top box (STB) manufacturers began to adopt DVI in 2002 in order to connect to the increasing number of DVI-enabled DTV sets.  However, like the DTV market, set top boxes quickly transitioned to HDMI.  The transition in the set top box market for interfaces can be slower than for CE devices offered at retail.  The primary reason is that service providers make the decisions about set top box features, and they tend to move slower than either consumers or CE manufacturers to adopt new technologies.  While HDMI has penetrated most HD set top boxes, the integration of HDMI transmitter capability by chip makers such as Broadcom is making it increasingly affordable for service providers to offer in their boxes.

The forecast for DVI and HDMI penetration into set top boxes can be seen in Table 13.  DVI is essentially dead in all set top box markets.  High-end digital cable STBs integrate HDMI in large volumes, with essentially all HD boxes adopting it.  Low-end digital boxes are unlikely to offer HDMI in the foreseeable future due to cost concerns.  Infrastructure support for HDMI in cable headends has been slow in coming.  HD digital broadcast satellite set top boxes have nearly all adopted HDMI, with DirecTV and EchoStar among the leading box vendors.  HDMI integration into HD IP/DSL set top boxes picked up significantly in 2006, and that trend will continue.  HDMI is in the process of becoming a check-box item in digital terrestrial television (DTT) set top boxes.

**Table 13.    DVI and HDMI Penetration of Set Top Box Market Forecast 2005–2011
(Units in Thousands)**

|  | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | CAGR 06-11 |
|---|---|---|---|---|---|---|---|---|
| **Digital Set Top Boxes** | 101,398 | 118,962 | 127,745 | 165,091 | 169,964 | 166,199 | 175,664 | 8.1% |
| % with DVI | 3.5% | 3.0% | 0.7% | 0.0% | 0.0% | 0.0% | 0.0% | |
| **Total with DVI** | 3,584 | 3,100 | 900 | 0 | 0 | 0 | 0 | -100.0% |
| % with HDMI | 2.5% | 8.9% | 14.8% | 20.1% | 25.4% | 33.3% | 40.8% | |
| **Total with HDMI** | 2,496 | 10,616 | 18,873 | 33,262 | 43,207 | 55,350 | 71,740 | 46.5% |

Source: In-Stat, 12/07

## SD DVD Players

The standard-definition (SD) DVD player category includes all those SD devices that only play DVDs. This excludes both DVD recorders, game consoles, and other multi-function devices that play DVDs. HDMI has replaced DVI in this market—no DVI-enabled DVD players have shipped since 2005.  HDMI, along with upconversion to 720p or 1080i resolutions on players, are moving to lower cost boxes.  The prices for upconverted units have fallen to well under $100 over the past year.

©2007 In-Stat All Rights Reserved   |   http://www.in-stat.com



# In-Depth Analysis

DVI and HDMI 2007: DisplayPort Looms
while HDMI Booms in Global Market
SKU: IN0703809MI

The forecast for DVI and HDMI in DVD players can be seen in Table 14. The integration of HDMI into DVD player chips allows it to be offered in an increasing number of players worldwide. The target market for HDMI in this market is wall-powered devices targeted at the CE cluster. The DVD player TAM includes portable players, automotive devices, and other form factors that do not integrate HDMI.

**Table 14.   DVI and HDMI Penetration of SD DVD Player Market Forecast 2005–2011 (Units in Thousands)**

|  | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | CAGR 06-11 |
|---|---|---|---|---|---|---|---|---|
| SD DVD Players | 126,380 | 124,778 | 122,980 | 119,760 | 114,800 | 108,900 | 102,550 | -3.8% |
| % with DVI | 0.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| Total with DVI | 126 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0% |
| % with HDMI | 2.0% | 11.1% | 19.2% | 25.0% | 29.0% | 35.0% | 42.0% | |
| Total with HDMI | 2,528 | 13,850 | 23,612 | 29,940 | 33,292 | 38,115 | 43,071 | 25.5% |

Source: In-Stat, 12/07

## DVD Recorders

DVD recorders refer to consumer electronic devices in the home entertainment cluster, not to recordable DVD devices that connect to a PC. It does not include blue laser recorders, which can be found in a following section. DVD recorders are not a natural fit for HDMI, which specializes in transporting a unidirectional, uncompressed signal from source to display. Recorders, on the other hand, require bi-directional signal transport, since they both record and play. Nevertheless, DVD recorders are also DVD players, and have relatively high margins compared to other CE devices, and have included HDMI as a product differentiation feature for a few years.

The forecast for DVI and HDMI in DVD recorders can be seen in Table 15. HDMI is becoming common enough to be integrated into DVD recorder chips and is becoming a check box feature for many brands.

**Table 15.   DVI and HDMI Penetration of SD DVD Recorder Market Forecast 2005–2011 (Units in Thousands)**

|  | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | CAGR 06-11 |
|---|---|---|---|---|---|---|---|---|
| SD DVD Recorders | 14,038 | 16,002 | 18,150 | 20,300 | 22,400 | 24,320 | 26,000 | 10.2% |
| % with DVI | 0.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| Total with DVI | 28 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0% |
| % with HDMI | 5.0% | 15.0% | 40.0% | 55.0% | 65.0% | 80.0% | 90.0% | |
| Total with HDMI | 702 | 2,400 | 7,260 | 11,165 | 14,560 | 19,456 | 23,400 | 57.7% |

Source: In-Stat, 12/07

## Blue Laser DVD Players

This category includes all dedicated CE-based Blu-Ray and HD-DVD players. This excludes the PlayStation 3 and Xbox 360, which are included in the Game Console forecast.

The forecast for DVI and HDMI in blue laser DVD players can be seen in Table 16. HDMI is, and will remain, a standard feature in these machines. Margins are high enough for all players that HDMI is a checklist item in both players and recorders. In addition, some next-generation blue laser DVD players may play 1080p resolutions only through HDMI due to content protection issues.

# In·Stat

# In-Depth Analysis

DVI and HDMI 2007: DisplayPort Looms
while HDMI Booms in Global Market
SKU: IN0703809MI

**Table 16.   DVI and HDMI Penetration of Blue Laser DVD Player Market Forecast 2005–2011
(Units in Thousands)**

|  | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | CAGR 06-11 |
|---|---|---|---|---|---|---|---|---|
| **Blue Laser DVD Players** | 0 | 220 | 950 | 2,310 | 5,880 | 11,800 | 18,100 | 141.6% |
| % with DVI | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| **Total with DVI** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0% |
| % with HDMI | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | |
| **Total with HDMI** | 0 | 220 | 950 | 2,310 | 5,880 | 11,800 | 18,100 | 141.6% |

Source: In-Stat, 12/07

## Blue Laser DVD Recorders

Blue laser DVD recorders have been dribbling on to the market over the past several years.  The forecast for DVI and HDMI in the market can be seen in Table 17.  As with blue laser players, HDMI is a requirement in this segment, and will remain one for the length of the forecast.

**Table 17.   DVI and HDMI Penetration of Blue Laser DVD Recorder Market Forecast 2005–2011
(Units in Thousands)**

|  | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | CAGR 06-11 |
|---|---|---|---|---|---|---|---|---|
| **Blue Laser DVD Recorders** | 20 | 31 | 152 | 414 | 965 | 2,105 | 3,000 | 149.5% |
| % with DVI | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| **Total with DVI** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0% |
| % with HDMI | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | | |
| **Total with HDMI** | 20 | 31 | 152 | 414 | 965 | 2,105 | 3,000 | 149.5% |

Source: In-Stat, 12/07

## Audio/Video Receivers

The audio/video (A/V) receiver market has been a complex one for DVI and HDMI.  The A/V receiver acts as the central control of the home entertainment cluster, for which it receives, in some cases processes, and re-sends signals.  DVI- and HDMI-enabled products have traditionally been either sources or receivers.  This requires that A/V receivers have both receiver and transmitter technology, which increases expense.

The forecast for DVI and HDMI in the A/V receiver market can be seen in Table 18.  A/V receivers have taken advantage of falling HDMI transmitter and receiver prices, and HDMI penetration has increased rapidly over the last two years.  Nearly all name-brand A/V receiver vendors have multiple stock keeping units (SKUs) with HDMI, including Pioneer, Sony, Denon, Onkyo, Marantz, Harmon-Kardon, and Yamaha.  Most high-end A/V receivers have integrated HDMI 1.3 this year, while mid-range models have HDMI 1.2.  Some high-end models are also including one HDMI port to the front of the receiver, to ease temporary connections to HD camcorders and HD-enabled digital still cameras.

©2007 In-Stat All Rights Reserved   |   http://www.in-stat.com



# In-Depth Analysis

DVI and HDMI 2007: DisplayPort Looms
while HDMI Booms in Global Market
SKU: IN0703809MI

**Table 18.   DVI and HDMI Penetration of Audio/Video Receiver Market Forecast 2005–2011
(Units in Thousands)**

|  | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | CAGR 06-11 |
|---|---|---|---|---|---|---|---|---|
| **A/V Receivers** | 5,500 | 5,900 | 6,200 | 6,500 | 6,800 | 7,200 | 7,600 | 5.2% |
| % with DVI | 0.4% | 0.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| **Total with DVI** | 22 | 6 | 0 | 0 | 0 | 0 | 0 | -100.0% |
| % with HDMI | 2.5% | 32.0% | 54.0% | 58.0% | 63.0% | 66.0% | 70.0% | |
| **Total with HDMI** | 138 | 1,888 | 3,348 | 3,770 | 4,284 | 4,752 | 5,320 | 23.0% |

Source: In-Stat, 12/07

## Game Consoles

The story of HDMI in game consoles in 2007 has been provided by Microsoft.  At the beginning of 2007, the company had no Xbox 360 consoles available with HDMI.  By the fourth quarter 2007, all Xbox 360 consoles were available with HDMI.  The first announcement was in March 2007, when Microsoft announced a new high-end SKU with HDMI, the Xbox 360 Elite, which was launched in the US in April 2007 and in Japan in October 2007.  In July 2007, Microsoft began shipping its mid-range SKU, the Xbox 360 Premium, with HDMI.  And in October 2007, the company launched its low-end Xbox 360 Arcade with HDMI.

The forecast for HDMI in game consoles can be seen in Table 19.  Sony's PS3 has had two HDMI inputs since its November 2006 launch.  The Nintendo Wii does not have HDMI, nor do any of the last generation consoles.

**Table 19.   DVI and HDMI Penetration of Game Console Market Forecast 2005–2011 (Units in Thousands)**

|  | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | CAGR 06-11 |
|---|---|---|---|---|---|---|---|---|
| **Game Consoles** | 28,600 | 28,600 | 31,500 | 36,200 | 29,100 | 23,900 | 24,400 | -3.1% |
| % with DVI | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| **Total with DVI** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0% |
| % with HDMI | 0.0% | 6.3% | 30.5% | 54.7% | 55.3% | 57.7% | 60.2% | |
| **Total with HDMI** | 0 | 1,800 | 9,600 | 19,800 | 16,100 | 13,800 | 14,700 | 52.2% |

Source: In-Stat, 12/07

## Digital Camcorders

HDMI appeared in digital camcorders for the first time in 2006, in HD camcorders.  HD camcorder manufacturers have the need for very high bandwidth, and HDMI 1.3 allows for a smaller, type C connector option for smaller, portable CE devices.

The forecast for HDMI in digital camcorders can be seen in Table 20.  Sony has led the charge on HDMI in HD camcorders.  In 2006, it launched three HD camcorders with HDMI.  In 2007, it followed up with four more: the HC-5A, HC-7, UX-5, and UX-7.  Canon and Panasonic also have multiple HD models with HDMI.  Sanyo's Xacti line of HD camcorders also includes HDMI.  As HD camcorders come down in price, they should assume a progressively larger portion of the digital camcorder market, increasing the penetration of HDMI in this segment.



# In-Depth Analysis

DVI and HDMI 2007: DisplayPort Looms
while HDMI Booms in Global Market
SKU: IN0703809MI

**Table 20.    DVI and HDMI Penetration of Digital Camcorder Market Forecast 2005–2011
(Units in Thousands)**

|  | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | CAGR 06-11 |
|---|---|---|---|---|---|---|---|---|
| **Digital Camcorders** | 16,300 | 17,300 | 18,000 | 18,900 | 20,100 | 20,600 | 21,500 | 4.4% |
| % with DVI | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| **Total with DVI** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -- |
| % with HDMI | 0.0% | 1.0% | 9.0% | 15.0% | 22.0% | 29.0% | 35.0% | |
| **Total with HDMI** | 0 | 173 | 1,620 | 2,835 | 4,422 | 5,974 | 7,525 | 112.7% |

Source: In-Stat, 12/07

## Digital Still Cameras

The digital still camera market is a target for HDMI silicon vendors due to its size, increasing bandwidth requirements, and the integration of HDMI in DTVs, which could allow for digital images to be viewed there. With the increasing resolution of still cameras, high-resolution DTVs are especially appropriate to display high-resolution images. This is especially true as DTVs makers begin to put HDMI ports on the front of the devices, making access easy for cameras.

The forecast for HDMI in the digital still camera market can be seen in Table 21. The first digital still camera with HDMI, the Samsung Digimax L85, was released in April 2006. HDMI capability in that device was provided by Zoran's COACH digital camera processor, which integrated HDMI transmitter capability. However, that release was not followed up by any more significant digital still camera product releases with HDMI. Nikon and Sony announced digital SLR models with HDMI. However, this general lack of activity is somewhat surprising, considering that the COACH processor makes HDMI integration fairly inexpensive and straightforward. The reason may be that the shrinking size of the point-and-shoot camera is generally too small even for the type C HDMI connector. This market may require yet another, even smaller HDMI connector.

**Table 21.    DVI and HDMI Penetration of Digital Still Camera Market Forecast 2005–2011
(Units in Thousands)**

|  | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | CAGR 06-11 |
|---|---|---|---|---|---|---|---|---|
| **Digital Still Cameras** | 72,100 | 101,800 | 108,500 | 113,200 | 104,500 | 97,800 | 89,500 | -2.5% |
| % with DVI | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| **Total with DVI** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0% |
| % with HDMI | 0.0% | 0.1% | 0.2% | 0.5% | 3.0% | 12.0% | 20.0% | |
| **Total with HDMI** | 0 | 102 | 217 | 566 | 3,135 | 11,736 | 17,900 | 181.2% |

Source: In-Stat, 12/07

## Portable Digital Media Players

Portable digital media players (PMPs) include devices that play both audio and video, as well as music-only devices. HDMI offers a convenient way to connect video-enabled PMPs to DTVs. The devices are currently optimized for connecting to PCs through high-speed USB, but HDMI would allow a solid connectivity option to advanced CE devices.

The forecast for HDMI in the PMP market can be seen in Table 22. We expect a few HDMI-enabled devices in the second half of 2008, with uptake increasing more towards the end of the forecast. This assumes some interest among PMP vendors to connect directly to DTVs, rather than to PCs.

 **In-Depth Analysis**

DVI and HDMI 2007: DisplayPort Looms
while HDMI Booms in Global Market
SKU: IN0703809MI

**Table 22.    DVI and HDMI Penetration of Portable Digital Media Player Market Forecast 2005–2011 (Units in Thousands)**

|  | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | CAGR 06-11 |
|---|---|---|---|---|---|---|---|---|
| Portable Digital Media Players | 126,800 | 176,200 | 214,700 | 242,500 | 252,500 | 259,400 | 264,300 | 8.4% |
| % with DVI | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| Total with DVI | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0% |
| % with HDMI | 0.0% | 0.0% | 0.0% | 0.1% | 2.0% | 4.0% | 10.0% | |
| Total with HDMI | 0 | 0 | 0 | 243 | 5,050 | 10,376 | 26,430 | -- |

Source: In-Stat, 12/07

## Video over UWB Dongles

Video over UWB dongle transmitters refer to devices that use JPEG2000 to compress, and UWB to wirelessly transmit, an HDMI signal to a video over UWB dongle receiver, where the wireless signal is received, uncompressed, and returned to an HDMI signal.  The technology is also sometimes referred to as "wireless HDMI" because it transmits an HDMI signal wirelessly.  This category includes both those dongles sold in the aftermarket as well as early CE devices that use these devices to wirelessly enable their CE applications.

Video over UWB is centered on solutions from companies such as Tzero, Radiospire, and Pulse~LINK. Tzero and Pulse~LINK use JPEG2000 to compress a 1.6Gbps signal to about 100Mbps.  Radiospire uses a custom UWB MAC that it claims is capable of transmitting a 1.5–3Gbps signal.  They are likely to be quite expensive however, in the several hundred dollar range, and will likely be limited to high-end residential custom installations.

The forecast for video over UWB dongles can be seen in Table 23.  Models from CE accessory vendors such as Monster, Audiovox, and Gefen should hit the market in 2008.  Dongle solutions will be sold in pairs the first few years they're available, with transmitter and receiver shipments being equal. By 2009 however, transmitter shipments should exceed receivers since there are more CE devices that employ transmitters than receivers.  Embedded wireless solutions in CE devices should come in the 2009–2010 timeframe.   Competing wireless solutions, including 802.11n and WirelessHD should provide significant competition for video over UWB solutions in the last few years of this forecast.

**Table 23.    Video over UWB Dongle Transmitter and Receiver Forecast 2005–2011 (Units in Thousands)**

|  | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | CAGR 06-11 |
|---|---|---|---|---|---|---|---|---|
| Video over UWB Dongle Transmitters | 0 | 0 | 5 | 100 | 265 | 850 | 1,300 | -- |
| Video over UWB Dongle Receivers | 0 | 0 | 5 | 100 | 245 | 750 | 1,100 | -- |

Source: In-Stat, 12/07

## Summary

The summary forecast for DVI and HDMI in consumer electronics can be seen in Table 24 and Figure 4.  HDMI, with its smaller connector, audio support, and content protection, is the choice of CE manufacturers.  Found originally in DTVs, HDMI is expected to continue expanding into new markets in the years ahead, including set top boxes, blue laser players and recorders, game consoles, digital camcorders and PMPs.

EXHIBIT "A"



# In-Depth Analysis

## DVI and HDMI 2007: DisplayPort Looms while HDMI Booms in Global Market

SKU: IN0703809MI
Analyst: Brian O'Rourke
borourke@reedbusiness.com
+1.480.609.4527
December 2007

## Executive Summary

Digital visual interface (DVI) and high-definition multimedia interface (HDMI), are related, high-bandwidth, unidirectional, uncompressed digital interface standards. In 2007, 112 million DVI-enabled devices are expected to ship. In the PC segment, this includes higher-end desktop PCs for consumers, and aftermarket graphics cards. In the PC peripheral segment, DVI is found primarily in PC LCD monitors.

DVI's penetration of these markets is expected to decrease over the remainder of the forecast, declining to just 3 million device shipments in 2011. There are a number of reasons for this, including the lack of a successor to DVI 1.0, but the primary one is strong competition from other technologies, including HDMI and DisplayPort.

| **HIGHLIGHTS** |
| :--- |
| ▪ 112 million DVI-enabled devices and 143 million HDMI-enabled devices will ship in 2007. |
| ▪ DVI-enabled device shipments will decline sharply through 2011, due primarily to competition from DisplayPort. |
| ▪ HDMI penetration of DTVs will approach 90% in 2007. |

HDMI's success continues to be enormous, especially in the CE segment. Close to 90% of digital television (DTV) shipments in 2007 are expected to include HDMI. In addition, HDMI penetration of large markets such as set top boxes continues to increase. And on next-generation consumer electronics, such as blue laser DVD players and recorders, and high high-definition (HD) camcorders, HDMI is becoming a checklist item. HDMI began to be seen in the digital still camera market in 2006, though the number of HDMI-enabled devices seems to have grown little in 2007. In addition, some tout the potential of HDMI in advanced mediacentric mobile phones. However, HDMI will be challenged in that market by competing technologies, including USB and ultrawideband (UWB).

HDMI has not had the same success in PCs and peripherals, but that began to change in 2007. Several PC original equipment manufacturers (OEMs) released HDMI-enabled mediacentric notebook PCs in 2007, including Toshiba, Sony, and Hewlett-Packard (HP). HDMI is rarely found in desktop PCs. 2008 could potentially be a breakthrough for HDMI in the PC market, as both Intel and AMD will be releasing Northbridge chip solutions with embedded HDMI. However, these same solutions will also have DisplayPort, another digital display technology backed by major PC OEMs.

Wireless is a trend in the CE space that affects HDMI. The development of video over UWB includes compressing HDMI signals via JPEG2000 to transmit HD video wirelessly over UWB. Hitachi has announced that it will ship a line of LCD TVs in Japan in December 2007 using this technology.

The forecast for the growth in shipments of DVI- and HDMI-enabled products can be seen in Table 1 and Figure 1.

©2007 In-Stat All Rights Reserved  |  http://www.in-stat.com



# In-Depth Analysis

**DVI and HDMI 2007: DisplayPort Looms
while HDMI Booms in Global Market**
SKU: IN0703809MI

**Table 1.    Total DVI- and HDMI-Enabled Device Shipment Forecast 2005–2011 (Units in Thousands)**

|  | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | CAGR 06-11 |
|---|---|---|---|---|---|---|---|---|
| DVI | 90,250 | 111,959 | 112,637 | 89,692 | 46,335 | 17,601 | 3,000 | -51.5% |
| HDMI | 18,271 | 80,205 | 143,724 | 229,063 | 302,342 | 392,138 | 485,252 | 43.3% |
| Total | 108,521 | 192,164 | 256,360 | 318,755 | 348,678 | 409,739 | 488,252 | 20.5% |

Source: In-Stat, 12/07

**Figure 1.    Total DVI- and HDMI-Enabled Device Shipment Forecast 2005–2011 (Units in Thousands)**

Units in Thousands



Source: In-Stat, 12/07

©2007 In-Stat All Rights Reserved   |   http://www.in-stat.com



# In-Depth Analysis

DVI and HDMI 2007: DisplayPort Looms
while HDMI Booms in Global Market
SKU: IN0703809MI

## Table of Contents

Executive Summary ................................................1

Introduction ...........................................................5

    DVI ...................................................................5

    HDMI ...............................................................6

        HDMI 1.2 ....................................................7

        HDMI 1.3 ....................................................8

        Video over UWB (Wireless HDMI) .................9

    DVI & HDMI Discrete Transmitter and
    Receiver ASP Forecasts .................................9

        DVI .............................................................10

        HDMI ........................................................10

Other Interface Technologies ...............................11

    DisplayPort ....................................................11

    USB 3.0 .........................................................12

    WirelessHD ...................................................13

    1394 ..............................................................14

Applications and Forecasts ..................................15

    PCs ................................................................15

        Desktop PCs ............................................15

        Notebook PCs ..........................................16

        Aftermarket Graphics Cards .........................17

        Summary ..................................................18

    PC Peripherals ..............................................19

        LCD PC Monitors .....................................19

        Business Projectors .....................................20

    Commercial Plasma and LED Displays
    and Signs .......................................................20

    Summary .......................................................21

Consumer Electronics ...........................................22

    Digital Television Sets ....................................23

    Set Top Boxes ...............................................24

    SD DVD Players ...........................................24

    DVD Recorders .............................................25

    Blue Laser DVD Players ................................25

    Blue Laser DVD Recorders ............................26

    Audio/Video Receivers ..................................26

    Game Consoles .............................................27

    Digital Camcorders .......................................27

    Digital Still Cameras .....................................28

    Portable Digital Media Players .....................28

    Video over UWB Dongles .............................29

    Summary .......................................................29

Communications ...................................................31

    Mobile Phones ..............................................31

Forecast Summary ................................................32

    DVI .................................................................32

    HDMI .............................................................33

DVI and HDMI Silicon Suppliers ..........................34

    Analog Devices .............................................34

    Analogix Semiconductor .................................34

# In·Stat

# In-Depth Analysis

Broadcom ....................................................... 35

Genesis Microchip ............................................ 35

MStar Semiconductor ........................................ 35

NXP Semiconductor .......................................... 36

Parade Technologies ........................................ 36

Pericom ......................................................... 36

RedMere Technology ........................................ 36

Silicon Image .................................................. 36

Texas Instruments ............................................ 37

Vativ Technologies ........................................... 37

Zoran ............................................................ 37

Methodology ................................................... 38

List of Tables .................................................. 39

List of Figures ................................................. 40

Related In-Stat Reports ..................................... 41

©2007 In-Stat All Rights Reserved  |  http://www.in-stat.com



# In-Depth Analysis

**DVI and HDMI 2007: DisplayPort Looms
while HDMI Booms in Global Market**
SKU: IN0703809MI

## Introduction

### DVI

The digital visual interface (DVI) specification is based on transition minimized differential signaling (TMDS), which was developed by Silicon Image to convert graphics data into serial bit streams for transmission down a cable from a PC to a display.

The discussions about the DVI standard began in 1998 at the Intel Developers Forum, with the involvement of seven companies, including IBM, Compaq, Hewlett-Packard, Silicon Image, NEC, Fujitsu, and Intel. The Digital Display Working Group (DDWG) was launched on September 17, 1998. The goal of the group was to develop a single industry standard for a digital interface between PCs and displays. The idea was that since PCs produce digital output, and digital displays can accept digital input, it made sense to develop a digital connection in order to avoid any digital-to-analog and analog-to-digital conversions along the way. It was to be a high-speed connection, designed to replace VGA connectors, and capable of standard data rates of 1.6Gbps.

The DDWG originally consisted of the seven companies cooperating to develop the draft standard. Once the seven came up with a draft standard, they invited industry input. On February 23, 1999, DVI 1.0 was finalized. In August 1999, the first products with DVI 1.0 silicon were shipped. The DDWG had no plans for future standards, and was essentially set to self-terminate with DVI 1.0.

While DVI was designed for the PC world, it soon garnered interest in the CE world. DVI was transformed into a CE standard under the influence of the Motion Picture Association of America (MPAA). The MPAA preferred high-bandwidth digital content protection (HDCP) encryption technology to 5C content protection, which is found in IEEE 1394. The MPAA, representing content providers, pushed cable and satellite service providers to support DVI with HDCP. The cable and satellite service providers, in turn, began pushing set top box manufacturers to make DVI available in set top boxes as the last connection between the graphic source, in this case the set top box, and the display.

The MPAA influence came to fruition in mid-2001, when a large and influential cross-section of companies, including content and service providers, came out in support of DVI. CableLabs, DirecTV, EchoStar's DISH Network, Fox Entertainment Group, the Satellite Broadcasting & Communications Association, Sony Pictures, Walt Disney, Thomson Multimedia, and Warner Bros. announced their support for DVI with HDCP "for transmission from set top boxes to television monitors for high-definition video content." The reason for the content providers' backing of DVI was their unhappiness with the 5C content protection scheme embedded in IEEE 1394, which was until then the primary digital interface technology for video transport. Because content providers may have been unhappy with IEEE 1394's 5C content protection, or with its compressed transmission and ability to network, DVI received a huge boost, and moved from the PC world into the world of consumer electronics. While not technically a different standard than DVI 1.0, DVI for the consumer electronics market simply adds HDCP to the DVI 1.0 standard.

©2007 In-Stat All Rights Reserved   |   http://www.in-stat.com



# In-Depth Analysis

DVI and HDMI 2007: DisplayPort Looms
while HDMI Booms in Global Market
SKU: IN0703809MI

There are two types of discrete DVI chips: transmitters and receivers. However, DVI capability has also been integrated into other types of semiconductors, including graphics processing units (GPUs), LCD monitor chips, set top box (STB) and digital television (DTV) chips.

DVI penetration in the PC and PC peripheral market is expected to decline significantly over the next three to four years. This is due to two primary factors. First, DVI technology has not been updated, due to the nature of the DDWG discussed above. Second, DVI has been succeeded in the CE segment by HDMI, and will be succeeded in the PC and PC peripheral segment by DisplayPort.

## HDMI

The origins of HDMI came out of the DDWG. CE vendors liked DVI as a link from source to display, but thought that the connector was too big, and wanted audio support. However, because the DDWG was set to self-terminate at DVI 1.0, these CE vendors knew they would have to pursue the effort on their own. The first meetings of what would be the HDMI group occurred in 2001. In April 2002, CE companies, including Hitachi, Matsushita, Philips, Sony, Thomson, and Toshiba, along with Silicon Image, announced that they had formed a working group to define a new digital interface specification for consumer electronics: HDMI. In December 2002, HDMI 1.0 was released. In January 2003, Silicon Image began sampling the first HDMI silicon. Silicon Image has since maintained leadership in discrete HDMI silicon production.

The specification combines high-definition video and multi-channel audio in one digital interface. HDMI was designed to build on the success of DVI, offering new features while maintaining full backward compatibility with the use of an adaptor. The primary differences between DVI and HDMI are:

- A new, smaller connector
- Support for multi-channel audio

While HDCP was not officially required in the specification, it has become a de facto part of HDMI.

HDMI represented an attempt to more firmly entrench the technology as both an audio and video standard in the CE world. One of HDMI's most important selling points is that by adding digital audio and video capability, it reduces the need for wiring in the home entertainment cluster.

HDMI was adopted first in digital televisions (DTVs). The Consumer Electronics Show (CES) in 2004 saw the introduction of a number of HDMI-enabled digital televisions from a number of vendors. Because the great value of HDMI is in its ability to handle high-bandwidth, uncompressed video, it made sense that it would be adopted first as the primary entertainment display in the early adopter households: the digital television. Many devices in the CE cluster connect to the television, including set top boxes, DVD players and recorders, and A/V receivers. Though HDMI first penetrated digital televisions, more is seen in these other CE applications every year. Next-generation blue laser players and recorders are the most recent additions to this list. HDMI is expected to be universally available in these players.

Like DVI capability, HDMI is being integrated into other chips. Zoran, Broadcom, and Genesis Microchip have been among the leaders in integrating both DVI and HDMI capability into other chips.

©2007 In-Stat All Rights Reserved  |  http://www.in-stat.com

# In-Stat

# In-Depth Analysis

Intel and AMD have integrated HDMI into Northbridge solutions slated for release by mid-2008. The integration of HDMI can be tricky. As a mixed-signal technology, HDMI tends to follow older generation design rules than the latest generation digital chip technology. And the large video processor or graphics chips, into which the capability is integrated, tend to follow the latest generation design rules. This can play havoc with circuit design and make HDMI integration difficult, thus lowering chip yields. The transition from HDMI 1.2 to HDMI 1.3 adds more complications, and is challenging video processor companies.

One significant difference between HDMI and DVI is cost. There is a royalty scheme in place for the use of HDMI, while DVI is royalty-free. The HDMI royalty terms are as follows:

- $0.15 per unit from the end-product manufacturer (no chip royalties)

- $0.05 per unit if the product bears the HDMI logo (on unit, carton, or literature)

In addition to the royalty scheme, there are other costs associated with HDMI. HDMI.org, the standards body behind HDMI, requires a $10,000 annual membership fee, and $7,500 fee per product to get HDMI certification. The membership fee was reduced from $15,000, in July 2006, due to "HDMI's growing success in the marketplace."

In September 2007, HDMI Licensing, LLC, the agent responsible for licensing the high-definition multimedia interface specification, announced that more than 700 CE and PC manufacturers have adopted the HDMI specification, up from 417 just 12 months prior to that.

## HDMI 1.2

In August 2005, HDMI specification 1.2 was released. Though it also added support for super audio CDs (SACD) one-bit audio format, HDMI 1.2 was targeted toward making HDMI more useful for PC vendors. Changes to the original HDMI spec included:

- Availability of the widely-used HDMI Type A connector for PC sources and displays with full support for PC video formats

- Ability for PC sources to use their native RGB color-space while retaining the option to support the YCbCr CE color-space

- Requirement for HDMI 1.2 and later displays to support future low-voltage (i.e., AC-coupled) sources, such as those based on PCI Express technology

HDMI 1.2 is essentially an effort to accommodate a CE standard to the PC world. The key is the allowance for the smaller HDMI Type A connector in PCs, which was intended to be especially attractive to notebook PC vendors, for whom the large DVI connector was difficult to fit.

Following the August 2005 HDMI 1.2 announcement by just one day, Silicon Image announced that it was sampling a reference card, based on its PanelLink Sil 1390 HDMI transmitter, for PC platforms using Intel 2006 graphics chipsets. In addition, the company announced that ATI Technologies and NVIDIA were designing reference graphics cards incorporating the Sil 1930 HDMI transmitter. All of this technology was announced as being HDMI 1.2 compatible.



# In-Depth Analysis

**DVI and HDMI 2007: DisplayPort Looms
while HDMI Booms in Global Market**
SKU: IN0703809MI

HDMI 1.2 did not succeed in getting HDMI adopted widely in the PC world. Its advent in 2005 did not result in significant uptake, but it did have an impact. The first HDMI-enabled desktop PC was released in 2005, the high-end Sony Digital Living System. The first HDMI-enabled notebook was released in 2006. However, there were barriers to increased HDMI penetration in the PC market that are essentially still in place. First, HDMI charges a royalty. No matter how reasonable, PC OEMs tend to avoid royalties. Second, PC OEMs and chip makers see HDMI as a CE standard controlled by Silicon Image, and some prefer to keep it out of the PC segment to the extent possible. To date, it seems to have gained design wins in mediacentric PCs, but not in the mainstream of the PC market.

However, AMD and Intel will be offering Northbridge solutions with HDMI, as well as DisplayPort, connectivity in 2008. It will then be up to PC OEMs, and ultimately customers, to choose between the two standards.

## HDMI 1.3

The first announcement outlining the capabilities of HDMI 1.3 came at CES in January 2006. The standard was officially released in June 2006. Improvements include:

- **Higher speed:** Increases HDMI's single link bandwidth from 4.95 to 10.2Gbps

- **Deep Color:** Increases color depth from 24-bit to 30-, 36- and 48-bit, in RGB PC format or YCbCr CE format

- **PC/CE Convergence:** HDMI enhancements allowed easier integration into low-voltage, AC-coupled PC graphics controllers, and added support for unified display interface (UDI)

- **Mini connector option:** To support smaller form factor CE devices, such as digital camcorders and digital still cameras

- **Lip synch:** Greater synchronization between audio and video

- **Compressed audio formats:** Additional support for new, lossless compressed digital audio formats Dolby TrueHD and DTS-HD Master Audio

Essentially, HDMI 1.3 is aimed at increasing HDMI's attractiveness as a digital interface by increasing bandwidth, color, and compatibility with PC interfaces.

One issue with HDMI 1.3 is that, while the interface may be able to pass HDMI 1.3 signals through, other devices that receive the video signal may not. For example, in a scenario where an HD-DVD player is connected to a digital television (DTV), both with HDMI 1.3 ports, the DTV scaler chip must be able to handle the advanced bit rate color, and the HD-DVD player must be able to transmit it. Neither of these devices currently can handle that amount of color information. In fact, HD-DVD is limited to 8-bit color by encoding. This may limit the utility of the deep color portion of HDMI 1.3 in the next generation of CE products. Presumably, this issue will go away as HDMI 1.3 penetration increases in the CE cluster.

In August 2006, Silicon Image announced the first HDMI 1.3 silicon: the Sil 9133 dual-input receiver, and the Sil 9134 transmitter.

©2007 In-Stat All Rights Reserved  |  http://www.in-stat.com

# In·Stat

# In-Depth Analysis

**DVI and HDMI 2007: DisplayPort Looms while HDMI Booms in Global Market**
SKU: IN0703809MI

The development of the HDMI 1.2 and 1.3 specifications represented in part attempts to expand HDMI penetration beyond its traditional strengths in wall-powered CE devices. HDMI 1.2 took the spec to the PC world, while HDMI 1.3 built upon that, and attempted to take HDMI to portable devices with a new, smaller connector.

## Video over UWB (Wireless HDMI)

Video over ultrawideband (UWB), also sometimes referred to as Wireless HDMI, is not an official standard of the HDMI or UWB governing bodies, but instead refers to the transmission of HD television signals via UWB through the air using JPEG2000 to compress an HDMI-encoded video signal. From the JPEG 2000 chip, the signal goes to a UWB chip for through-the-air transmission to another device. Possible solutions include connecting set top boxes, blue laser DVD players, and A/V receivers to digital TVs, particularly wall-mounted displays, where a wire would be conspicuous. The use of aftermarket UWB dongles, which generally include an HDMI transmitter or receiver, JPEG2000, and UWB silicon, is an emerging intermediate step to embedded video over UWB solutions, which will not use HDMI. This positions HDMI as a temporary part of video over UWB. Once the solution is embedded rather than a dongle, UWB will transmit the internal video signal.

The transmission of video over UWB through the air is being pursued by WiMedia UWB chip makers Tzero Technologies, Focus Enhancements, and Sigma Designs, as well as proprietary UWB chip providers Pulse~LINK and Radiospire Networks. Tzero, Focus, Sigma Designs, and Pulse~LINK use JPEG2000 compression on an HDMI signal in order to transmit it with their UWB technologies. Radiospire claims that its UWB solution can transmit 1.6Gbps, enough bandwidth to accommodate a 720p or 1080i signal wirelessly without compression. Tzero is currently shipping its UWB chip solutions in this market, and claims Gefen, Audiovox, and Monster as customers for their UWB silicon in UWB dongle solutions for the CE market. All UWB dongle solutions plug into the HDMI port of a CE device. Pulse~LINK and Focus claim that they will be shipping production quantity silicon in the fourth quarter of 2007, while Radiospire claims that it will ship in the first quarter of 2008. Sigma Designs is currently sampling silicon.

This market has essentially already started with Hitachi's October 2007 announcement of UWB in its "Wooo" LCD TV line in Japan. The line will use an HDMI/JPEG2000/UWB solution to connect the LCD TV wirelessly to a transmitter unit, which in turn connects via wires to other CE devices. Hitachi announced that the TVs would be available in mid-December 2007 in Japan.

## DVI & HDMI Discrete Transmitter and Receiver ASP Forecasts

The DVI and HDMI chip average selling prices (ASPs) reflect the primary cost of adding these capabilities to a device. Both of these devices were designed as direct drop-in replacements for analog connectors, so there are no software stacks, or anything else, needed to make it work. The only significant additional cost would be a connector, which can be expected to add about $0.25–0.50 in cost.

Please note that the forecasts below are for discrete DVI and HDMI semiconductors only. They do not include the cost of adding integrated DVI or HDMI to a GPU or LCD monitor controller. All prices are for large quantity shipments, in the hundreds of thousands. All dollar amounts are in US$.

# In-Stat

# In-Depth Analysis

DVI and HDMI 2007: DisplayPort Looms
while HDMI Booms in Global Market
SKU: IN0703809MI

## DVI

The forecast for DVI ASPs can be seen in Table 2. Discrete DVI was once used widely in PCs and some peripherals, including LCD monitors and projectors. However, DVI has since been integrated into the Northbridge chipsets in PCs and LCD monitor chips. And its brief popularity in the CE segment has long since been eclipsed by HDMI. DVI is essentially a dying specification. The increase in ASPs toward the end of the forecast period reflects this decreased popularity, as falling shipment quantities lead to increased ASPs.

**Table 2.    DVI Transmitter and Receiver ASP Forecast 2005–2011**

|                 | 2005   | 2006   | 2007   | 2008   | 2009   | 2010   | 2011   | CAGR 06-11 |
|-----------------|--------|--------|--------|--------|--------|--------|--------|------------|
| DVI Transmitter | $1.75  | $1.50  | $1.30  | $1.40  | $1.70  | $2.00  | $2.05  | 6.4%       |
| DVI Receiver    | $2.65  | $2.35  | $2.05  | $2.00  | $2.25  | $2.50  | $2.50  | 1.2%       |

Source: In-Stat, 12/07

## HDMI

The forecast for HDMI ASPs can be seen in Table 3. The first HDMI silicon was shipped in 2003. HDMI will be seen primarily in the CE segment over the length of this forecast. However, the emergence of HDMI 1.2 and 1.3 makes it a candidate for the PC market as well, particularly in mediacentric desktops and notebooks. However, this could be minimized by the release of DisplayPort. The addition of HDMI and DisplayPort silicon in Northbridge solutions from AMD and Intel could be negative for HDMI discrete silicon on two fronts. First, if DisplayPort is chosen by the majority of PC OEMs, it would obviously hurt the prospects for HDMI in the PC market. However, even if HDMI were chosen, it could hurt the market for discrete HDMI silicon by integrating the capability in the Northbridge.

However, HDMI will remain a powerful presence in the CE segment, with its strong position in digital televisions, DVD players and recorders, A/V receivers and set top boxes. However, integration is a factor here as well, with companies like Zoran and Broadcom integrating HDMI transmitter and receiver capability in a wide range of products.

Overall, the high prices for HDMI silicon that were prevalent from 2003 through 2006 have been muted somewhat by more discrete chips suppliers and the integration trend.

**Table 3.    HDMI Transmitter and Receiver ASP Forecast 2005–2011**

|                  | 2005   | 2006   | 2007   | 2008   | 2009   | 2010   | 2011   | CAGR 06-11 |
|------------------|--------|--------|--------|--------|--------|--------|--------|------------|
| HDMI Transmitter | $5.75  | $4.50  | $2.75  | $2.30  | $1.95  | $1.60  | $1.45  | -20.3%     |
| HDMI Receiver    | $7.00  | $5.25  | $3.45  | $3.00  | $2.50  | $2.15  | $2.00  | -17.6%     |

Source: In-Stat, 12/07

 **In-Depth Analysis**

# Other Interface Technologies

## DisplayPort

In May 2005, the Video Electronics Standards Association (VESA) announced the development of a new digital display interface specification called DisplayPort. Companies behind the development of DisplayPort include Dell, Hewlett-Packard (HP), Genesis Microchip, Samsung, NXP, ATI, NVIDIA, Molex, and Tyco. Dell and HP reportedly called the group together, in need of a digital interface that was future-proofed. The DDWG, which created DVI, no longer operated, and there was no roadmap to update DVI. DisplayPort backers also needed reduced costs, and an ability to handle any resolutions, from entry-level monitor to high-definition (HD).

On May 3rd 2006, VESA announced approval of the DisplayPort 1.0 specification. That same day, Dell, Hewlett-Packard, and Lenovo announced their support for DisplayPort. As this group encompasses three of the world's biggest PC vendors, it indicated a very bright future for DisplayPort. DisplayPort is royalty-free, which is vital to widespread acceptance in PCs.

DisplayPort is both an external and internal interconnect. It is designed to replace both the external VGA or DVI connector and the low-voltage differential signaling (LVDS) or TMDS electrical specification internally. Since it is designed to consolidate internal and external signaling, DisplayPort represents a cost-reduction opportunity for PC makers.

The DisplayPort data rate is up to 2.7Gbps per lane, with 1–4 lanes available. Total bandwidth of 10.8Gbps is possible using the electrical layer of the PCI Express bus. There is a great deal of flexibility in using the bandwidth. For example, the LCD monitor designer can emphasize color, refresh, or resolution, or choose to use only one lane, to reduce the wiring necessary.

In PCs, the primary application for DisplayPort will be to connect PCs to LCD monitors. While DVI generally runs at 1.6Gbps at video resolutions, DisplayPort runs at 2.7Gbps, abandoning the traditional raster scan paradigm in favor of packetized data signaling, which makes for more efficient delivery, since packetized data can move easily from one physical layer to another. DisplayPort can accommodate 1680 x 1050 pixels over a single twisted pair, with 1080p requiring two twisted pairs. DVI or HDMI requires 4 twisted pairs to transport a 1080p signal. DisplayPort allows direct drive monitors, which allows the GPU to do the scaling necessary to display the image on the monitor, eliminating the need for discrete scaling silicon. This could save up to $20 in chip costs per monitor.

In November 2006, VESA announced the development of the DisplayPort 1.1 specification, which was subsequently published in March 2007. The revision allowed for the use of a new version of HDCP, called HDCP 1.3, as DisplayPort's content protection scheme. DisplayPort 1.1 also provided for work on a dongle with both DisplayPort and HDMI capability. This starts a process of allowing connections between DisplayPort and HDMI devices, which may facilitate PC/CE connectivity in the future. It also included technical enhancements that enabled PCI-Express design compatibility in DisplayPort devices.



# In-Depth Analysis

As for DisplayPort silicon, Analogix Semiconductor, Genesis Microchip, and Parade Technologies all have chips on the market.

In the chipset market, both Intel and AMD have made DisplayPort announcements. Intel has announced that its planned "Bear Lake" desktop and "Cantiga" notebook Northbridge chips will support DisplayPort, as well as HDMI. Both chips should be released in the second quarter of 2008. Also, in May 2007, AMD announced that its RS780 next-generation mobile chipset would support DisplayPort and HDMI. Part of AMD's Puma next-generation open platform for notebook computing, it should be available in mid-2008.

Though DisplayPort backers can make a strong case for its inclusion in the PC world, the CE world will be tougher to penetrate. HDMI has buy-in from all of the world's leading consumer electronics vendors. HDMI's adoption in this segment has been rapid and widespread. DisplayPort's primary advantages over HDMI are that it has higher bandwidth, and that it is royalty-free. While these advantages might be enticing if the interfaces were on an equal footing, HDMI shipped in over 103 million devices worldwide by the end of 2006. That is a large installed base for DisplayPort to overcome. Indeed, DisplayPort backers seem to be ceding the CE market to HDMI, which they see as a replacement to S-Video, while they see DisplayPort as a replacement for DVI and VGA.

## USB 3.0

At the Intel Developer's Forum (IDF) in September 2007, the USB Implementers Forum (USB-IF) announced USB 3.0, or SuperSpeed USB. The group announced the features of the new specification, including:

- Theoretical top speed is 5Gbps

- Actual throughput will be in the 3Gbps range—USB-IF claims user will be able to download a 27 Gbyte HD movie in 70 seconds

- Will lower power requirements by reducing the amount of polling the host will have to do with each device

- Will have full backwards compatibility with earlier versions of USB

- Will be new connector with five new wires, but will plug into USB 1.x and USB 2.0 ports

- Spec will be completed in the first half of 2008, discrete silicon will be available in the first half of 2009, broad deployment in 2010

USB will remain a data-centric application, moving packets of data from one device to another. Initially, it will be likely to be used for applications which require higher data rates, such as external storage. However, the significant increase in speed takes the specification to data rates that compare with DVI and HDMI. And while the nature of the data it carries is quite different, the data rates indicate that HDMI chip backers will need to keep an eye on it.

©2007 In-Stat All Rights Reserved | http://www.in-stat.com



# In-Depth Analysis

DVI and HDMI 2007: DisplayPort Looms
while HDMI Booms in Global Market
SKU: IN0703809MI

## WirelessHD

On October 31st, 2006, an intriguing new wireless standard was announced: WirelessHD. WirelessHD is a high-speed wireless audio/video connectivity standard backed by the following companies: NEC, Panasonic, Samsung, Sony, Toshiba, LG, and wireless chip start-up SiBeam. These companies formed a consortium in early 2005, and developed some minimum requirements for a future wireless A/V connectivity standard, including the following:

- Stream uncompressed high-definition video, in addition to audio and data

- High reliability

- Low cost

- Low-power solutions for portable devices

The companies did not initially set a range requirement—instead focusing on in-room connectivity—but they expect the initial range to be about 10 meters.

The consortium is focusing on wireless semiconductors in the 60GHz range, and expects early solutions to be capable of 25Gbps, orders of magnitude beyond the data rate of any wireless technology available today. The solution will also have a back channel to allow control through the television. Usage scenarios include:

- Direct A/V streaming at 1080p resolutions

- Networked A/V streaming allowing delivery of audio to one device, and video to another

- Multimedia streaming and file transfer between portable devices and displays or set top boxes

The WirelessHD Consortium originally targeted spring 2007 for publication of their specification, to be called WirelessHD 1.0. However, working out the security approvals from content providers and the Motion Picture Association of America (MPAA) took more time than originally anticipated. Once they have that, they will announce publication of the specification, which they hope will be by the end of 2007. The consortium expects WirelessHD-enabled products on shelves by end of 2008, and a significant ramp up in volumes in 2009.

The WirelessHD Consortium has not committed to a content protection scheme, but could likely use either high-definition content protection (HDCP) or digital transmission content protection (DTCP). Their objective is that WirelessHD be royalty-free.

The most significant challenge for the WirelessHD consortium will be producing chips at a low enough price. 60GHz is a very high frequency, and producing chips that use that frequency, and create the very high data rates that WirelessHD is claiming, may be both very difficult and very expensive. The CE segment is a very price sensitive one, so a reasonably-priced solution will be key to determining WirelessHD's success.



# In-Depth Analysis

**DVI and HDMI 2007: DisplayPort Looms while HDMI Booms in Global Market**
SKU: IN0703809MI

## 1394

Technologists at Apple Computer developed the 1394 serial bus standard in 1986. Apple dubbed the new standard with the trademarked name "FireWire." The company completed the first specification in 1987. It was this specification that was adopted in 1995 as the Institute of Electrical and Electronics Engineers (IEEE) 1394 standard, often dubbed 1394-1995. 1394a, also called 1394a-2000, represents the current, primary standard for 1394, and is approved by the IEEE. The specifications of the 1394a standard include the following:

- Peer-to-peer network capability
- Plug-and-play
- Isochronous operation
- Asynchronous capability
- 400Mbps speed over 1394 copper wire
- 64 nodes on a network without a repeater
- 4.5 meters maximum between devices

Although the original specification has been subsequently been updated, with increased speeds and new functionality, the strengths of 1394 are well-represented by the bullet points above.

The target markets for 1394 include PCs, PC peripherals, and CE devices. The technology is facing challenges related to its being a second choice technology in a number of markets. For example, 1394's one-third penetration of the PC market is dwarfed by high-speed USB's 100% penetration. This has helped high-speed USB become the interface of choice for PC peripherals such as printers, scanners, and external hard disk drives, largely relegating 1394 to an afterthought in the segment.

In the CE segment, 1394 is being surpassed by HDMI as the digital interface of choice in digital televisions, set top boxes, and DVD players. Even markets where 1394 was very strong, such as in digital camcorders, are being challenged. The highest growth segments of the camcorder market are in DVD- and hard drive-based devices, where high-speed USB rather than 1394 is found. This will likely affect 1394 penetration of DTVs and PCs in the future. One bright spot for 1394 in the CE segment is DVD recorders, which use 1394 ports to archive camcorder video.

Overall, 1394 has never been able to gain traction and dominate any one market. This status leaves it vulnerable. In the long run, while 1394 will survive, it will increasingly be relegated to niche status.



# In-Depth Analysis

DVI and HDMI 2007: DisplayPort Looms
while HDMI Booms in Global Market
SKU: IN0703809MI

**Table 24.    DVI and HDMI Penetration of Consumer Electronics Market Forecast 2005–2011**
**(Units in Thousands)**

|  | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | CAGR 06-11 |
|---|---|---|---|---|---|---|---|---|
| CE TAM | 530,818 | 654,577 | 733,228 | 827,893 | 844,089 | 853,235 | 874,681 | 6.0% |
| % with DVI | 1.6% | 0.7% | 0.2% | 0.1% | 0.2% | 0.0% | 0.0% | |
| Total with DVI | 8,522 | 4,402 | 1,743 | 1,128 | 1,399 | 0 | 0 | -100.0% |
| % with HDMI | 3.4% | 12.1% | 19.0% | 24.0% | 29.0% | 35.7% | 42.7% | |
| Total with HDMI | 18,185 | 79,020 | 139,019 | 198,820 | 244,478 | 304,475 | 373,253 | 36.4% |

Source: In-Stat, 12/07

**Figure 4.    DVI and HDMI Penetration of Consumer Electronics Market Forecast 2005–2011**
**(Units in Thousands)**

Units in Thousands



Source: In-Stat,12/07

©2007 In-Stat All Rights Reserved  |  http://www.in-stat.com



# In-Depth Analysis

DVI and HDMI 2007: DisplayPort Looms
while HDMI Booms in Global Market
SKU: IN0703809MI

## Communications

### Mobile Phones

The mobile phone market is one of the biggest single markets for any consumer device. It makes sense that HDMI chip manufacturers would pursue it. However, the real question is, can handsets benefit from the inclusion of HDMI?

The application for HDMI on mobile phones is presumably to allow advanced mediacentric phones, including camera phones and those that allow for video downloading, to be able to connect to digital televisions. However, we are a long way from having phones with the ability to handle HD video, which uses extraordinary amounts of bandwidth, and which HDMI specializes in transporting.

The forecast for HDMI in mobile phones is shown in Table 25. HDMI makes its first appearance in a limited number of phones in 2010. This is not likely to be a successful market for HDMI for a number of reasons. First, there are other interface standards there already. Phones increasingly have USB ports, and USB recently announced a multi-Gbps standard called USB 3.0, or SuperSpeed USB. In addition UWB, a high-bandwidth wireless standard, is targeting the mobile phone market as well. Additionally, phone makers have shown themselves reluctant to add new connectors to phones, due to size constraints and for marketing reasons. Mini-USB ports were only added after it became abundantly clear that USB was the primary method for transporting data among PC, peripheral, and mobile devices. Thus we expect some mobile phone makers with very advanced mediacentric phones to experiment with HDMI at the end of the forecast period.

**Table 25.  DVI and HDMI Penetration of Mobile Phone Market Forecast 2005–2011**
**(Units in Thousands)**

|  | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | CAGR 06-11 |
|---|---|---|---|---|---|---|---|---|
| Mobile Phones | 719,000 | 969,732 | 1,124,968 | 1,217,130 | 1,294,072 | 1,361,415 | 1,403,853 | 7.7% |
| % with DVI | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| Total with DVI | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0% |
| % with HDMI | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.1% | 0.4% | |
| Total with HDMI | 0 | 0 | 0 | 0 | 0 | 1,361 | 5,615 | -- |

Source: In-Stat, 12/07



# In-Depth Analysis

## Forecast Summary

In this section, we will summarize our overall forecast for DVI- and HDMI-enabled devices.

### DVI

The forecast for DVI-enabled devices can be seen in Table 26 and Figure 5.  DVI is a specification in decline.  Shipments should peak in 2007, and decline thereafter, with shipments falling close to zero by the end of the forecast period.  The reason for this decline is the lack of any successor to DVI technology, and the encroachment of HDMI and DisplayPort onto its turf.

**Table 26.    DVI Penetration Forecast by Product Segment 2005–2011 (Units in Thousands)**

|                | 2005   | 2006    | 2007    | 2008   | 2009   | 2010   | 2011  | CAGR 06-11 |
|----------------|--------|---------|---------|--------|--------|--------|-------|------------|
| PC             | 49,466 | 71,344  | 73,879  | 57,464 | 31,563 | 12,326 | 3,000 | -46.9%     |
| PC Peripherals | 32,262 | 36,214  | 37,014  | 31,100 | 13,373 | 5,275  | 0     | -100.0%    |
| CE             | 8,522  | 4,402   | 1,743   | 1,128  | 1,399  | 0      | 0     | -100.0%    |
| Total          | 90,250 | 111,959 | 112,637 | 89,692 | 46,335 | 17,601 | 3,000 | -51.5%     |

Source: In-Stat, 12/07

**Figure 5.    DVI Penetration Forecast by Product Segment 2005–2011 (Units in Thousands)**



Source: In-Stat, 12/07

©2007 In-Stat All Rights Reserved   |   http://www.in-stat.com



# In-Depth Analysis

DVI and HDMI 2007: DisplayPort Looms
while HDMI Booms in Global Market
SKU: IN0703809MI

## HDMI

The forecast for HDMI-enabled devices can be seen in Table 27 and Figure 6. HDMI continues to dominate the CE segment. A good deal of its growth over the next few years will come in PCs, especially high-end notebooks, and peripherals, such as LCD monitors. Ultimately, HDMI's penetration into PCs and peripherals will be limited due to the expected success of DisplayPort.

DisplayPort will have trouble competing in the CE segment. HDMI gained the strong support of every major CE vendor upon launch, and is very strongly entrenched there.

**Table 27.  HDMI Penetration Forecast by Product Segment 2005–2011 (Units in Thousands)**

|  | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | CAGR 06-11 |
|---|---|---|---|---|---|---|---|---|
| PC | 86 | 1,072 | 3,563 | 21,373 | 37,125 | 51,886 | 67,866 | 129.2% |
| PC Peripherals | 0 | 113 | 1,142 | 8,870 | 20,740 | 34,416 | 38,518 | 221.0% |
| CE | 18,185 | 79,020 | 139,019 | 198,820 | 244,478 | 304,475 | 373,253 | 36.4% |
| Communications | 0 | 0 | 0 | 0 | 0 | 1,361 | 5,615 | -- |
| Total | 18,271 | 80,205 | 143,724 | 229,063 | 302,342 | 392,138 | 485,252 | 43.3% |

Source: In-Stat, 12/07

**Figure 6.  HDMI Penetration Forecast by Product Segment 2005–2011 (Units in Thousands)**



Source: In-Stat, 12/07



# In-Depth Analysis

DVI and HDMI 2007: DisplayPort Looms
while HDMI Booms in Global Market
SKU: IN0703809MI

## DVI and HDMI Silicon Suppliers

It is difficult to profile all of the companies that supply silicon with DVI and HDMI capability because of the trend towards integrating DVI and HDMI with other semiconductors. We will briefly profile a selected group of silicon vendors that provide DVI and/or HDMI transmitter or receiver capability in their chips, whether discrete or integrated. We will also profile other companies that provide switch (or multiplexer) chips, which allow an OEM to offer multiple DVI or HDMI ports with a single receiver or transmitter chip.

### Analog Devices

Analog Devices has one of the most complete product lines in DVI and HDMI, including discrete chips, switches and DVI and HDMI capability integrated into other chips, such as video decoders. HDMI discrete transmitters include the AD9389A, AD9889A, and ADV7520NK. The ADV7441, ADV7443, and AD9388 are discrete HDMI receivers. The company has 2:1, 3:1, and 4:1 switches available, including the AD8190, AD8191, and ADV3000. It has over 20 chips that integrate DVI and/or HDMI capability in some form.

The company's target markets include DTVs, and everything that connects to them, including set top boxes and DVD players. The company has been working with the major DTV vendors for the past few years.

In December 2006, the company announced its entry into HDMI v1.3 silicon with the following products:

- AD8196 Multiplexer
- AD8197 Multiplexer
- AD9388A Receiver
- AD9387 Transmitter
- AD9387NK Transmitter

All these chips were available in production quantities in January 2007.

### Analogix Semiconductor

Analogix Semiconductor is a five-year-old, Santa Clara, California-based, venture capital funded company. Its original work was on high-bandwidth interfaces for communications applications, including backplanes. It has HDMI transmitters and receivers available. Receivers include the ANX9011 single-channel receiver, the ANX 9021 dual-channel receiver, and the ANX 90199-IP HDMI receiver IP license. HDMI transmitters include the ANX 9030, and the ANX 90399-IP transmitter IP license. All are HDMI 1.2-compliant.

In HDMI 1.3 silicon, Analogix offers the ANX8560, an HDMI 1.3-compliant transmitter with deep color support, and the ANX8770 and 8775, dual-port HDMI 1.3 deep color receivers.

©2007 In-Stat All Rights Reserved  |  http://www.in-stat.com



# In-Depth Analysis

Analogix is also a supplier of discrete DisplayPort silicon. They entered the market in late 2006 with the ANX9801 transmitter and ANX9811 receiver. They have since added the ANX9803 transmitter.

## Broadcom

Broadcom entered the discrete DVI chip business with its 2000 acquisition of Pivotal Technologies, which developed both single- and dual-link DVI transmitters and receivers. However, the company has changed its focus from discrete DVI chips to integrating DVI and HDMI capability into their other chips, particularly for STBs and DTVs. Broadcom has integrated DVI and HDMI capability, including the following:

- BCM3551 Digital TV System-on-Chip
- BCM3560 Digital TV System-on-Chip
- BCM3563 Full HD 1080P Digital TV System-on-Chip
- BCM7038 Dual High-Definition Digital Video System-on-Chip Solution for Cable, Satellite, and DTV
- BCM7440 SoC Solution for Blu-ray and HD DVD Players

In addition, Broadcom still has a discrete DVI transmitter available, the BCM7501, with HDCP content protection.

## Genesis Microchip

Genesis is among the leading suppliers of display image processors in both the flat-panel TV and LCD monitor markets. It has integrated both DVI and HDMI receiver capability in its solutions. In its LCD monitor controller chips, Genesis offers DVI capability in its Oak and Malibu chips, as well as offering DVI in portions of its Phoenix and Phoenix-U lines. In its flat-panel TV controller line, Genesis offers DVI/HDMI receiver capability in half of its offerings, including the Cortez-Lite and Cortez-Plus lines. In digital TV controller chips, Genesis' Chaplin line has a DVI/HDMI input.

Genesis has been actively involved in developing the DisplayPort specification. In July 2006, Genesis announced a complete DisplayPort solution, including a discrete transmitter (gm60028) and a discrete receiver (gm68020). This solution is a single-link DisplayPort interface that can transport uncompressed video and digital audio signals at up to 10.8Gbps over a 50-foot cable. The Genesis solution can transmit and receive full HD video (1080p 30-bits-per-pixel) at 120Hz or QSXGA (2560x2048) graphics at 60Hz. Both are currently available in production quantities.

## MStar Semiconductor

MStar Semiconductor is a Taiwan-based IC design house that specializes in providing mixed-mode integrated circuit technologies. MStar delivers a broad line of products: multimedia and wireless communication ICs, general-purpose mixed-mode ICs, and intellectual property (IP) development services. MST9010 and MST9015 LCD monitor controllers integrate DVI receiver capability. The company can also integrate DVI capability into mixed-mode ASIC chips.

©2007 In-Stat All Rights Reserved  |  http://www.in-stat.com



# In-Depth Analysis

## NXP Semiconductor

NXP has two HDMI receivers and two HDMI transmitters on the market.  In addition, NXP's newest release is the TDA19978, a four-input HDMI 1.3 receiver that is deep-color compliant.  The company will launch an HDMI 1.3 transmitter as well as a 4:1 HDMI switch in 2008.  NXP also has a DTV chip with an integrated HDMI receiver and a STB chip with integrated HDMI transmitter.  Target markets include DTVs, A/V receivers, STBs and DVD players and recorders.

## Parade Technologies

Parade Technologies is a privately held, Sunnyvale, California-based, fabless semiconductor company that specializes in developing high-speed video interfacing and processing products.  The company's DVI and HDMI silicon includes switch and repeater products, including the PS121, an HDMI 1.3a repeater.

The company also has DisplayPort silicon.  Products include the DP501, a DisplayPort and DVI/HDMI dual-mode transmitter, and the DP601, a DisplayPort and DVI/HDMI dual-mode transmitter.

## Pericom

Pericom is a San Jose, California-based fabless semiconductor vendor that specializes in interface solutions in a variety of market segments.  The company specializes in DVI and HDMI switch chips, including 2:1 and 3:1 HDMI 1.3 switches that support deep color.  The company also makes HDMI repeater chips, which can extend the range of DVI and HDMI transmitters.  The target market for their products includes DTVs and notebook PCs.

## RedMere Technology

RedMere is a Dublin, Ireland-based fabless semiconductor start-up that was founded in late 2004.  The company began with a plan to develop advanced HDMI receivers.  However, the company saw the integration of HDMI receivers interfering with its potential discrete business, and instead moved to making HDMI switch chips.  The company's chips include the RM1611, a one-input, one-output HDMI switch, the RM1621, a two-input, one-output switch, and the RM1631, a three-input, one-output chip.  The chips have active clocking, equalizer and de-skew technology.

The company jointly announced the RM1689 with Molex.  It is a 1:1 equalizer chip with de-skew technology.  It can fit inside an HDMI connector, and is an active switch.

In November 2006, RedMere announced the closing of a US$8.2 million Series A preferred round of financing.

## Silicon Image

Silicon Image has been very active in the development and sale of both DVI and HDMI silicon.  The company makes a variety of DVI transmitter and receiver chips based on its PanelLink technology.  PanelLink is the basis for the DVI specification introduced by the DDWG.  Silicon Image was first to market with its HDMI silicon in early 2003.  It markets its HDMI silicon under the VastLane brand.  In its VastLane discrete HDMI silicon, the company has ten receivers and nine transmitters.



# In-Depth Analysis

DVI and HDMI 2007: DisplayPort Looms
while HDMI Booms in Global Market
SKU: IN0703809MI

In October 2006, the company announced the release of its Sil1392 and Sil1932 transmitters for the PC market. The chips offer speeds up to 340MHz or 10.2Gbps, allowing them to support monitor resolutions up to WQXGA (2560 x 1600 pixels), or HDTV resolutions up to 1440p.

At the Consumer Electronics Show (CES) in January 2007, Silicon Image introduced a new family of PinnaClear DTV input processors, with HDMI 1.3 inputs for digital TVs. The Sil9153 combines HDMI and legacy analog inputs with a single digital video output optimized for midrange HDTVs. The Sil9155 integrates more HDMI and analog inputs with even higher performance for high-end HDTVs.

Also at CES, the company introduced two HDMI 1.3 receiver chips, the Sil9135 for A/V receivers, and the Sil9125, a dual-input device for HDTVs. The company also introduced its HDMI 1.3 switch family, consisting of the Sil9181 and Sil9185 devices capable of handling deep color at frequencies up to 225MHz.

## Texas Instruments

Texas Instruments' (TI) PanelBus DVI line consists of 13 products, including four DVI transmitters and nine receivers. Both transmitters and receivers are available with or without HDCP. TI does not actively license DVI IP. TI also offers eight switch chips for DVI and HDMI. In August 2007, the company announced the release of the TMDS351 three port and the TMDS251 two port HDMI switches. Both support HDMI 1.3a.

## Vativ Technologies

Vativ is a San Diego-based, fabless start-up that provides DSP transceiver solutions. They moved into the consumer space with DSP-based HDMI receivers targeted at the DTV market. Their first product was the VTV2320, a three-input, two-output receiver, while the VTV2310 is a three-input, one-output receiver. Both chips are currently available in production quantities. In June 2007, the company announced the release of the VTV2313, a three-input, one-output receiver that is HDMI 1.3a compatible, including support for 36-bit Deep Color.

Vativ claims its competitive advantages include integrated multiplexers and adaptive equalization technology, which allows for their receivers to accept signals over a longer range than competing receivers. In addition, the chips have programmable inputs/outputs (I/Os), and can bolt to any SoCs.

## Zoran

Zoran has HDMI capability integrated across its line of DTV, DVD, and digital camera SoC solutions. The company's SupraHD family of DTV chips integrate HDMI receiver capability, including the 660, 680, 760, 670, 770, and 780 chips. The 670, 770, and 780 chips include HDMI 1.3 support. The COACH 8, COACH 9 and COACH 10P digital camera processors integrate HDMI transmitter capability, as does the HDXtreme video processor. The Vaddis 888 DVD chip integrates HDMI transmitter capability, as well as portions of the Activa DVD chip line. Zoran's HDMI capability was created completely in-house.

At CES in January 2007, Zoran demonstrated its second-generation HDXtreme 2 DVD upconverter with integrated Full HD 1080p HDMI capability. In August 2007, the company announced a design win with Samsung for the HDXtreme 2 and Vaddis 966 multimedia processor.



# In-Depth Analysis

## Methodology

This report covers the markets for DVI- and HDMI-enabled products.  A DVI- or HDMI-enabled product is defined as a device with a DVI or HDMI transmitter or receiver, whether discrete or integrated, wiring and a connector.

The information contained in this report comes from both primary and secondary sources, and includes the following:

- Telephone and email interviews with DVI, HDMI, and DisplayPort silicon suppliers throughout 2007.

- Telephone and email interviews with PC, PC peripheral and CE vendors in November and December 2007.

- Background research on DVI, HDMI, and DisplayPort technology, including magazines, journals, trade publications, trade shows and web searches.

- Analysis of previous In-Stat reports, and consultation with other In-Stat analysts.

All forecasts represent worldwide figures.  All average selling prices (ASPs) are in US dollars.  The numbers for a given year represent the number of products shipped in that year, not the number of products purchased.

# In-Stat

# In-Depth Analysis

DVI and HDMI 2007: DisplayPort Looms
while HDMI Booms in Global Market
SKU: IN0703809MI

## List of Tables

Table 1.    Total DVI- and HDMI-Enabled Device Shipment Forecast 2005–2011 (Units in Thousands) .............. 2

Table 2.    DVI Transmitter and Receiver ASP Forecast 2005–2011 ................................................................. 10

Table 3.    HDMI Transmitter and Receiver ASP Forecast 2005–2011 .............................................................. 10

Table 4.    DVI and HDMI Penetration of Desktop PC Market Forecast 2005–2011 (Units in Thousands) ......... 16

Table 5.    DVI and HDMI Penetration of Notebook PC Market Forecast 2005–2011 (Units in Thousands) ....... 17

Table 6.    DVI and HDMI Aftermarket Graphics Cards Forecast 2005–2011 (Units in Thousands) ................... 18

Table 7.    DVI and HDMI Penetration of PC Market Forecast 2005–2011 (Units in Thousands)........................ 18

Table 8.    DVI and HDMI Penetration of LCD PC Monitor Market Forecast 2005–2011 (Units in Thousands) .. 20

Table 9.    DVI and HDMI Penetration of Business Projector Market Forecast 2005–2011 (Units in
Thousands) ................................................................................................................................. 20

Table 10.   DVI and HDMI Penetration of Commercial Plasma and LED Display/Sign Market Forecast
2005–2011 (Units in Thousands)................................................................................................. 21

Table 11.   DVI and HDMI Penetration of PC Peripheral Market Forecast 2005–2011 (Units in Thousands) ...... 21

Table 12.   DVI and HDMI Penetration of Digital Television Market Forecast 2005–2011 (Units in Thousands) . 24

Table 13.   DVI and HDMI Penetration of Set Top Box Market Forecast 2005–2011 (Units in Thousands)......... 24

Table 14.   DVI and HDMI Penetration of SD DVD Player Market Forecast 2005–2011 (Units in Thousands).... 25

Table 15.   DVI and HDMI Penetration of SD DVD Recorder Market Forecast 2005–2011 (Units in
Thousands) ................................................................................................................................. 25

Table 16.   DVI and HDMI Penetration of Blue Laser DVD Player Market Forecast 2005–2011 (Units in
Thousands) ................................................................................................................................. 26

Table 17.   DVI and HDMI Penetration of Blue Laser DVD Recorder Market Forecast 2005–2011 (Units in
Thousands) ................................................................................................................................. 26

Table 18.   DVI and HDMI Penetration of Audio/Video Receiver Market Forecast 2005–2011 (Units in
Thousands) ................................................................................................................................. 27

Table 19.   DVI and HDMI Penetration of Game Console Market Forecast 2005–2011 (Units in Thousands)..... 27

Table 20.   DVI and HDMI Penetration of Digital Camcorder Market Forecast 2005–2011 (Units in
Thousands) ................................................................................................................................. 28

# In·Stat

# In-Depth Analysis

Table 21.    DVI and HDMI Penetration of Digital Still Camera Market Forecast 2005–2011 (Units in Thousands) ................................................................................................................ 28

Table 22.    DVI and HDMI Penetration of Portable Digital Media Player Market Forecast 2005–2011 (Units in Thousands) ................................................................................................................ 29

Table 23.    Video over UWB Dongle Transmitter and Receiver Forecast 2005–2011 (Units in Thousands)........ 29

Table 24.    DVI and HDMI Penetration of Consumer Electronics Market Forecast 2005–2011 (Units in Thousands) ................................................................................................................ 30

Table 25.    DVI and HDMI Penetration of Mobile Phone Market Forecast 2005–2011 (Units in Thousands)....... 31

Table 26.    DVI Penetration Forecast by Product Segment 2005–2011 (Units in Thousands) ............................ 32

Table 27.    HDMI Penetration Forecast by Product Segment 2005–2011 (Units in Thousands) ......................... 33

Return to Table of Contents

## List of Figures

Figure 1.    Total DVI- and HDMI-Enabled Device Shipment Forecast 2005–2011 (Units in Thousands) .............. 2

Figure 2.    DVI and HDMI Penetration of PC Market Forecast 2005–2011 (Units in Thousands)........................ 18

Figure 3.    DVI and HDMI Penetration of PC Peripheral Market Forecast 2005–2011 (Units in Thousands) ...... 22

Figure 4.    DVI and HDMI Penetration of Consumer Electronics Market Forecast 2005–2011 (Units in Thousands) ................................................................................................................ 30

Figure 5.    DVI Penetration Forecast by Product Segment 2005–2011 (Units in Thousands) ............................ 32

Figure 6.    HDMI Penetration Forecast by Product Segment 2005–2011 (Units in Thousands) ......................... 33

Return to Table of Contents



# In-Depth Analysis

**DVI and HDMI 2007: DisplayPort Looms
while HDMI Booms in Global Market**
SKU: IN0703809MI

## Related In-Stat Reports

#IN0703753MI     *Ultrawideband 2007: PCs Finally Hit the Global Market*, November/2007
http://www.instat.com/catalog/scatalogue.asp?id=161#IN0703753MI

#IN0703556MI     *MPEG Video ICs: H.264 in the Limelight,* June/2007
http://www.instat.com/catalog/scatalogue.asp?id=161#IN0703556MI

#IN0703596MI     *1394 2007: A Niche Interface,* June/2007
http://www.instat.com/catalog/scatalogue.asp?id=161#IN0703596MI



# In-Depth Analysis

DVI and HDMI 2007: DisplayPort Looms
while HDMI Booms in Global Market
SKU: IN0703809MI

## Offices

North America

Arizona
+1.480.483.4440

California
+1.408.345.4495

Massachusetts
+1.781.734.8674

Asia/Pacific

Singapore
+65 6780 4321

China
+86 10 6642 1812

Europe/Middle East/Africa
+1.480.483.4470

Copyright In-Stat 2007. All rights reserved.

Reproduction in whole or in part is prohibited without written permission from In-Stat.

This report is the property of In-Stat and is made available to a restricted number of clients only upon these terms and conditions. The contents of this report represent the interpretation and analysis of statistics and information that is either generally available to the public or released by responsible agencies or individuals. The information contained in this report is believed to be reliable but is not guaranteed as to its accuracy or completeness. In-Stat reserves all rights herein. Reproduction or disclosure in whole or in part to parties other than the In-Stat client who is the original subscriber to this report is permitted only with the written and express consent of In-Stat. This report shall be treated at all times as a confidential and proprietary document for internal use only. In-Stat reserves the right to cancel your subscription or contract in full if its information is copied or distributed to other divisions of the subscribing company without the written approval of In-Stat.