TERRANCE P. McMAHON (CA Bar No. 71910)
tmcmahon@mwe.com
DANIEL E. ALBERTI (CA Bar No. 68620)
dalberti@mwe.com
DAVID T. ALEXANDER (CA Bar No. 49996)
dtalexander@mwe.com
BIJAL V. VAKIL (CA Bar No. 192878)
bvakil@mwe.com
**McDERMOTT WILL & EMERY LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:    650.813.5000
Facsimile:    650.813.5100

RAYMOND A. JACOBSEN, JR. (*Pro Hac Vice*)
rayjacobsen@mwe.com
**McDERMOTT WILL & EMERY LLP**
600 13th Street, N.W.
Washington, DC 20005-3096
Telephone:    202.756.8000
Facsimile:    202.756.8087

WILLIAM DIAZ (CA Bar No. 232297)
wdiaz@mwe.com
**McDERMOTT WILL & EMERY LLP**
18191 Von Karman Avenue, Suite 500
Irvine, CA 92612-7108
Telephone:    949.851.0633
Facsimile:    949.851.9348

Attorneys for Defendants SILICON IMAGE, INC.,
HDMI LICENSING, LLC and SIMPLAY LABS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ANALOGIX SEMICONDUCTOR, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SILICON IMAGE, INC., a Delaware corporation; HDMI LICENSING, LLC, a Delaware corporation; and SIMPLAY LABS, LLC, a Delaware corporation,<br><br>Defendants. | Case No. C08 02917 JF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**<br><br>Date:        October 24, 2008<br>Time:       2:00 p.m.<br>Location:  Courtroom 3<br>Before:     Judge Jeremy D. Fogel |

Upon consideration of the motion to dismiss filed by Defendants Silicon Image, Inc., HDMI Licensing, LLC, and Simplay Labs, LLC, it is hereby

ORDERED that Plaintiff Analogix Semiconductor's complaint be dismissed with prejudice in its entirety.

Dated: _____, 2008

_____
Honorable Jeremy D. Fogel
Judge, United States District Court

ORC 445356-1.060717.0033