1  TERRANCE P. McMAHON (CA Bar No. 71910)
   tmcmahon@mwe.com
2  DANIEL E. ALBERTI (CA Bar No. 68620)
   dalberti@mwe.com
3  DAVID T. ALEXANDER (CA Bar No. 49996)
   dtalexander@mwe.com
4  BIJAL V. VAKIL (CA Bar No. 192878)
   bvakil@mwe.com
5  **McDERMOTT WILL & EMERY LLP**
   3150 Porter Drive
6  Palo Alto, CA  94304-1212
   Telephone:    650.813.5000
7  Facsimile:    650.813.5100

8  RAYMOND A. JACOBSEN, JR. (*Pro Hac Vice*)
   rayjacobsen@mwe.com
9  **McDERMOTT WILL & EMERY LLP**
   600 13th Street, N.W.
10 Washington, DC  20005-3096
   Telephone:    202.756.8000
11 Facsimile:    202.756.8087

12 WILLIAM DIAZ (CA Bar No. 232297)
   wdiaz@mwe.com
13 **McDERMOTT WILL & EMERY LLP**
   18191 Von Karman Avenue, Suite 500
14 Irvine, CA  92612-7108
   Telephone:    949.851.0633
15 Facsimile:    949.851.9348

16 Attorneys for Defendants SILICON IMAGE, INC.,
   HDMI LICENSING, LLC and SIMPLAY LABS, LLC
17

18                 UNITED STATES DISTRICT COURT

19     NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

20 ANALOGIX SEMICONDUCTOR, INC.,          Case No. C08 02917 JF
   a Delaware corporation,
21                                         ELECTRONIC CASE FILING
                 Plaintiff,
22                                         **CORPORATE DISCLOSURE STATEMENT
           v.                              OF DEFENDANT SIMPLAY LABS, LLC
23                                         PURSUANT TO FED. R. CIV. P. 7.1**
   SILICON IMAGE, INC., a Delaware
24 corporation; HDMI LICENSING, LLC, a
   Delaware corporation; and SIMPLAY
25 LABS, LLC, a Delaware corporation,

26                 Defendants.

27

28

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

1    The undersigned counsel of record for Defendant Simplay Labs, LLC, certifies that its

2    parent corporation is Silicon Image, Inc. and that it is a wholly-owned subsidiary of Silicon

3    Image, Inc.

4    Dated: August 18, 2008                    McDERMOTT WILL & EMERY LLP

5

6                                              By:    /s/ William Diaz
                                                     WILLIAM DIAZ
7                                                     Attorneys for Defendants SILICON IMAGE,
                                                     INC., HDMI LICENSING, LLC and SIMPLAY
8                                                     LABS, LLC

9

    ORC 445362-1.060717.0033
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO