TERRANCE P. McMAHON (CA Bar No. 71910)
tmcmahon@mwe.com
DANIEL E. ALBERTI (CA Bar No. 68620)
dalberti@mwe.com
DAVID T. ALEXANDER (CA Bar No. 49996)
dtalexander@mwe.com
BIJAL V. VAKIL (CA Bar No. 192878)
bvakil@mwe.com
**McDERMOTT WILL & EMERY LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:    650.813.5000
Facsimile:    650.813.5100

RAYMOND A. JACOBSEN, JR. (*Pro Hac Vice*)
rayjacobsen@mwe.com
**McDERMOTT WILL & EMERY LLP**
600 13th Street, N.W.
Washington, DC 20005-3096
Telephone:    202.756.8000
Facsimile:    202.756.8087

WILLIAM DIAZ (CA Bar No. 232297)
wdiaz@mwe.com
**McDERMOTT WILL & EMERY LLP**
18191 Von Karman Avenue, Suite 500
Irvine, CA 92612-7108
Telephone:    949.851.0633
Facsimile:    949.851.9348

Attorneys for Defendants SILICON IMAGE, INC.,
HDMI LICENSING, LLC and SIMPLAY LABS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ANALOGIX SEMICONDUCTOR, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SILICON IMAGE, INC., a Delaware corporation; HDMI LICENSING, LLC, a Delaware corporation; and SIMPLAY LABS, LLC, a Delaware corporation,<br><br>Defendants. | Case No. C08 02917 JF<br><br>ELECTRONIC CASE FILING<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SILICON IMAGE, INC. PURSUANT TO FED. R. CIV. P. 7.1** |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SILICON IMAGE, INC.**     (No. C08 02917 JF)

1  The undersigned counsel of record for Defendant Silicon Image, Inc., certifies that it does
2  not have a parent corporation nor does any publicly held corporation own ten percent (10%) or
3  more of the stock of Silicon Image, Inc.

4  Dated: August 18, 2008          McDERMOTT WILL & EMERY LLP

6                                  By:  /s/ William Diaz
7                                       WILLIAM DIAZ
                                        Attorneys for Defendants SILICON IMAGE,
                                        INC., HDMI LICENSING, LLC and SIMPLAY
8                                       LABS, LLC

ORC 445360-1.060717.0033