1  TERRENCE P. McMAHON (CA Bar No.71910)
   tmcmahon@mwe.com
2  DANIEL E. ALBERTI (CA Bar No. 68620)
   dalberti@mwe.com
3  DAVID T. ALEXANDER (CA Bar No. 49996)
   dtalexander@mwe.com
4  BIJAL V. VAKIL (CA Bar No. 192878)
   bvakil@mwe.com
5  **McDERMOTT WILL & EMERY LLP**
   3150 Porter Drive
6  Palo Alto, CA 94304-1212
   Telephone:    650.813.5000
7  Facsimile:    650.813.5100

8  RAYMOND A. JACOBSEN, JR. (*Pro Hac Vice*)
   rayjacobsen@mwe.com
9  **McDERMOTT WILL & EMERY LLP**
   600 13th Street, N.W.
10 Washington, DC 20005-3096
   Telephone:    202.756.8000
11 Facsimile:    202.756.8087

12 WILLIAM DIAZ (CA Bar No. 232297)
   wdiaz@mwe.com
13 **McDERMOTT WILL & EMERY LLP**
   18191 Von Karman Avenue, Suite 500
14 Irvine, CA 92612-7108
   Telephone:    949.851.0633
15 Facsimile:    949.851.9348

16 Attorneys for Defendants SILICON IMAGE, INC.,
   HDMI LICENSING, LLC and SIMPLAY LABS, LLC
17

18                 UNITED STATES DISTRICT COURT

19         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 20  ANALOGIX SEMICONDUCTOR, INC., a Delaware corporation, | Case No. C08 02917 JF |
| 21 | ELECTRONIC CASE FILING |
| 22  Plaintiff, | **CERTIFICATE OF SERVICE** |
| 23  v. | Date: October 24, 2008<br>Time: 2:00 p.m. |
| 24  SILICON IMAGE, INC., a Delaware corporation; HDMI LICENSING, LLC, a Delaware corporation; and SIMPLAY LABS, LLC, a Delaware corporation, | Location: Courtroom 3<br>Before: Judge Jeremy D. Fogel |
| 25 | |
| 26  Defendants. | |

27
28

**Proof of Service**                                                    (No. C08 02917 JF)

I, Veronica Farias, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 3150 Porter Drive, Palo Alto, CA 94304. On the date set forth below, I served the within documents:

- NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS;
- DECLARATION OF WILLIAM DIAZ IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 7-5 WITH EXHIBIT A;
- [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS;
- CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SILICON IMAGE, INC. PURSUANT TO FED. R. CIV. P. 7.1
- CORPORATE DISCLOSURE STATEMENT OF DEFENDANT HDMI LICENSING, LLC PURSUANT TO FED. R. CIV. P. 7.1
- CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SIMPLAY LABS, LLC PURSUANT TO FED. R. CIV. P. 7.1

[X] **Via ELECTRONIC TRANSMISSION:** After written agreement of the parties, causing such document(s) to be sent via the email address listed for such party. I did not receive within a reasonable time, an electronic message or other indication that the transmission was unsuccessful

| Thomas Brown<br>**O'MELVENY & MYERS LLP**<br>275 Battery Street, Suite 2600<br>San Francisco, CA 94111-3344<br>Telephone: 415.984.8719<br>Fax: 415.984.8701<br>Email: tbrown@omm.com<br><br>*Attorneys for Defendant*<br>***Analogix Semiconductor, Inc.*** | |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on August 18, 2008, at Palo Alto, California.

_____
Veronica Farias

MPK 145667-1.060717.0032

PROOF OF SERVICE                                                                 (No. C08 02917 JF)

MPK 138070-1.060717.0032