RECEIVED

2008 OCT 20  PM 3: 30

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANALOGIX SEMICONDUCTOR, INC.,
a Delaware corporation,

        Plaintiff,

    v.

SILICON IMAGE, INC., a Delaware
corporation, HDMI LICENSING, LLC, a
Delaware corporation; and SIMPLAY LABS,
LLC, a Delaware corporation,
        Defendant.

CASE NO. C08 02917 JF

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Jennifer L. Westbrook                              , whose business address and telephone number is

McDermott Will & Emery LLP, 600 13th Street NW, Washington DC 20005;
(202) 756-8064

and who is an active member in good standing of the bar of  The District of Columbia

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing  Defendants.

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:  10/21/08

Judge Jeremy D. Fogel
United States District    Judge