1   TERRENCE P. McMAHON (CA Bar No.71910)          **E-Filed 12/4/08**
    tmcmahon@mwe.com
2   DANIEL E. ALBERTI (CA Bar No. 68620)
    dalberti@mwe.com
3   DAVID T. ALEXANDER (CA Bar No. 49996)
    dtalexander@mwe.com
4   DAVID A. KAYS (CA Bar No. 120798)
    dkays@mwe.com
5   **McDERMOTT WILL & EMERY LLP**
    3150 Porter Drive
6   Palo Alto, CA  94304-1212
    Telephone:     650.813.5000
7   Facsimile:     650.813.5100

8   RAYMOND A. JACOBSEN, JR. (*Pro Hac Vice*)
    rayjacobsen@mwe.com
9   **McDERMOTT WILL & EMERY LLP**
    600 13th Street, N.W.
10  Washington, DC  20005-3096
    Telephone:     202.756.8000
11  Facsimile:     202.756.8087

12  WILLIAM DIAZ (CA Bar No. 232297)
    wdiaz@mwe.com
13  **McDERMOTT WILL & EMERY LLP**
    18191 Von Karman Avenue, Suite 500
14  Irvine, CA  92612-7108
    Telephone:     949.851.0633
15  Facsimile:     949.851.9348

16  Attorneys for Defendants SILICON IMAGE, INC.,
    HDMI LICENSING, LLC and SIMPLAY LABS,
17  LLC

18  [Additional Counsel appear on signature page]

19              UNITED STATES DISTRICT COURT

20      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

21  ANALOGIX SEMICONDUCTOR, INC.,      Case No. 5:08-cv-02917 JF
    a Delaware Corporation,            **ORDER APPROVING**
22                                     **SECOND STIPULATION REGARDING**
                   Plaintiff,          **DEFENDANTS' ANSWER TO**
23                                     **PLAINTIFF'S FIRST AMENDED**
            v.                         **COMPLAINT**
24
    SILICON IMAGE, INC., a Delaware
25  Corporation; HDMI LICENSING, LLC, a
    Delaware Corporation; and SIMPLAY
26  LABS LLC, a Delaware Corporation,

27                 Defendants.

28

**SECOND STIP RE ANSWER TO FIRST**                    (No. 5:08-CV-2917-JF )
**AMENDED COMPLAINT**

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

1   IT IS HEREBY STIPULATED, AGREED AND ORDERED AS FOLLOWS:

2   1.      On November 13, 2008, the parties stipulated and agreed that the Defendants

3   would file an Answer in response to Plaintiff's First Amended Complaint by December 4, 2008.

4   2.      The parties mediated and reached a binding settlement agreement on

5   November 21, 2008, and have been working on the details of a formal settlement agreement since

6   that date.

7   3.      In light of the settlement agreement and the parties' expectation that the ongoing

8   litigation will be dismissed with prejudice, the parties stipulate and agree that Defendants shall

9   have an additional 30 days, until January 2, 2009, to respond to Plaintiff's First Amended

10  Complaint.

11  A Case Management Conference is scheduled for December 5, 2008 to discuss the

12  schedule in this case.  In light of the settlement agreement, the parties respectfully request that the

13  Court take the Case Management Conference off calendar.

14  **IT IS SO STIPULATED AND AGREED.**

15  Dated:     December 2, 2008              O'MELVENY & MYERS LLP

16

17                                          By:_____/s/_Thomas P. Brown_____

18                                          THOMAS P. BROWN
                                            Attorneys for Plaintiff
19                                          Analogix Semiconductor, Inc.

20

21  Dated:     December 2, 2008              McDERMOTT WILL & EMERY LLP

22

23                                          By:__/s/_William Diaz_____

24                                          WILLIAM DIAZ
                                            Attorneys for Defendants
25                                          Silicon Image, Inc., HDMI Licensing,
                                            LLC, and Simplay Labs LLC

26

27

28

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto

**SECOND STIP RE ANSWER TO FIRST
AMENDED COMPLAINT**              - 2 -                    (No. 5:08-CV-02917-JF )

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto

## <u>ORDER ON SECOND STIPULATED EXTENSION OF TIME</u>

Pursuant to stipulation of the parties, **IT IS SO ORDERED.**  It is further **ORDERED** that the Case Management Conference scheduled in this case for December 5, 2008 is hereby taken off calendar.

Dated:    12/4/08
         _____

         _____
         The Honorable Jeremy D. Fogel
         United States District Court
         Northern District of California

ORC 451626-1.060717.0033

**SECOND STIP RE ANSWER TO FIRST**
**AMENDED COMPLAINT**                    - 3 -                    (No. 5:08-CV-02917-JF )