UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANALOGIX SEMICONDUCTOR, INC., | CASE NO. C 08-02917 JF |
| Plaintiff, | [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| SILICON IMAGE, INC., HDMI LICENSING LLC AND SIMPLAY LABS, LLC, | |
| Defendants. | |

**IT IS HEREBY ORDERED THAT**:

The above-captioned matter shall be and hereby is dismissed *with prejudice*, with each party to bear its own attorneys' fees and costs.

Dated: __12/5/08__, 2008

By: _____
Hon. Jeremy Fogel
United States District Judge

CASE NO. C 08-02917 JF